IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:19-cv-03097-APM |
| v. ) | |
| ) | |
| AMERICAN UNIVERSITY, ) | **MOTION TO EXTEND TIME TO** |
| ) | **RESPOND TO COMPLAINT** |
| Defendant. ) | |
| ) | |

**MOTION TO EXTEND TIME TO RESPOND
TO COMPLAINT**

Defendant American University ("AU") hereby moves to extend its time to answer or otherwise respond to Plaintiff John Doe's Complaint by 27 days to December 9, 2019.

Good cause exists to grant the requested extension. Plaintiff served his Complaint in the above-captioned matter on October 21, 2019. The Complaint is lengthy and broad, asserting five causes of action based on allegations constituting more than 70 pages and 305 paragraphs, with an additional 108 pages of exhibits. Undersigned counsel was retained by American University to represent it in this matter just recently on November 5, 2019, and additional time is needed for counsel to assess the Complaint, review the extensive investigation files and documents leading up to the Complaint, and determine the appropriate response. AU has not requested or obtained any other extensions of time to respond to Plaintiff's Complaint in this matter.

Undersigned counsel contacted Plaintiff's counsel to request consent to this proposed extension of time. Plaintiff's counsel responded today and agreed to an extension until December 2, 2019. For the above-stated reasons, and in light of the immediately preceding Thanksgiving holiday, undersigned counsel asks for additional time to answer or otherwise respond to the Complaint up to and including December 9, 2019.

Dated: November 6, 2019          Respectfully submitted,

<div style="margin-left: 3in;">

<u>/s/ Laurel Pyke Malson</u>
Laurel Pyke Malson (#317776)
Nathiya Nagendra (#1031055)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel:  (202) 624-2576
LMalson@crowell.com
NNagendra@crowell.com

*Counsel for Defendant*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was served today on the following counsel of record for Plaintiff via the Court's CM/ECF system:

**Scott Bernstein**
KaiserDillon PLLC
1099 14th Street, NW
8th Floor West
Washington, DC 20005
Email: sbernstein@kaiserdillon.com

                                             /s/ Laurel Pyke Malson
                                             Laurel Pyke Malson