IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:19-cv-03097-APM |
| v. | ) | |
| | ) | |
| AMERICAN UNIVERSITY, | ) | [PROPOSED] ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER ON MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT**

The Court hereby grants Defendant American University's motion to extend its time to answer or otherwise respond to Plaintiff John Doe's Complaint by 27 days for the reasons set forth in that motion. Defendant's response to the Complaint shall be filed on or before December 9, 2019.

IT IS SO ORDERED this _____ day of November, 2019.

_____
The Honorable Amit P. Mehta
United States District Judge