REDACTED

# EXHIBIT 3

# Exhibit K

Dear Ms. Quasem,

Thank you for giving me the opportunity to review the report and for allowing me to provide you with my input. I would initially like to state that I would like to have had additional time to address the contents of the report, as I feel the constraints have placed me at a disadvantage, but I understand that the University procedure does not permit for this opportunity.

Numerous witnesses were interviewed, several documents compiled and extensive reports regarding the incident were highlighted. Unfortunately, the information was gathered approximately three years after the events in question. During the evening of Thursday, March 21, 2019, after business hours, I received an email indicating that the draft investigation report was completed and that I would have an opportunity to review the report between Monday, March 25, 2019 and Friday, March 29, 2019. I was also informed that my comments and/or additional information including rebuttal evidence would have to be submitted by Friday, March 29, 2019.

The review was scheduled for Tuesday, March 26, 2019, at 10:30 a.m. I arrived earlier and began reviewing the report and exhibits. The review ended shortly prior to my class, which was scheduled to begin at 12:45 p.m. The report consisted of 13 single-spaced typed pages along with a multitude of exhibits containing screenshots of text messages. At the time, I requested a copy of the documents and an extension of the review period but was told both would not be granted. The request for the extension related to my continuing efforts to retrieve crucial texts, on an old

device. These texts are critical to the state of mind of [redacted], the witnesses and myself. Significantly, some significant texts were not made part of the investigation.

Given the volume of the report and exhibits and the inability to secure a copy of the report, I have been placed at a significant disadvantage. In addition, because of the school and study schedule, it would be impossible to thoroughly review all the material and respond to the dozens of statements that were made by each witness.

I reviewed the text messages submitted by [redacted] during the limited opportunity I was given. I specifically recall that we were informed that all texts were disclosed by [redacted] and all relevant texts were submitted.

I am attaching several text messages that were initiated by [redacted] later on the night in question and on the next day. The first text was at approximately 1:45 a.m., I believe after she arrived at the dorm after leaving my place.

I was able to retrieve, from an old device, a text transcript between myself and [redacted], showing the following (Exhibit 1):

- A conversation initiated by [redacted] at 1:47 a.m. after she left my apartment (possibly after her return to her dorm) regarding [redacted] vomiting in the Uber tha [redacted] requested from her telephone in order to transport her and [redacted] to the University.
- A conversation the next afternoon, approximately 14 hours later, where I inquired about [redacted] hangover from the brownie.

- A conversation initiated by [redacted] at 9:22 p.m., less than 24 hours after the alleged incident where she asked me: "Are you okay with everything?" to which I responded in the affirmative. The conversation shows that the same question was asked of [redacted] "And you?" to which she responded: "Yeah I'm tired but okay."
- For clarification and completeness purposes, Exhibit 1 also shows another conversation initiated by [redacted] on November 6, 2015.

The lack of this particular set of text exchanges (as illustrated by Exhibit 1) combined with the critical contents showing [redacted] state of mind contradicts and casts doubt on the validity of material statements made regarding these events, which occurred three years ago.

I am extremely saddened and concerned that [redacted] experienced mental anguish based on her recollection of the reportedly foggy events. It is clear from the exhibits as well as my testimony that I felt bad for [redacted] and her perceptions, occasioned, at least in part, by her Marijuana consumption.

I felt great shame resulting from my consumption of alcohol. Being a devout Muslim, alcohol consumption is forbidden. I was fully aware of the events of the evening and I wish to assure [redacted] of my truthfulness regarding what took place.

I wanted to assure you, and, most importantly, assure my friend [redacted] that I have testified truthfully and that at no time did I touch her without her permission. I always had the greatest respect and care towards [redacted] I have never done or would ever do anything to hurt her.

The events of that night occurred exactly as I described them to you during our meeting. On April 22, 2016, [redacted] texted me that [redacted] wanted to try edibles and that he and [redacted] were going to come over to my apartment to hangout. When they arrived, we were sitting around and talking for a while. Later, [redacted] and I drank vodka soda and [redacted] had a piece of edible. I don't recall how much she consumed, but I believe that she says in her statement that she had one half of the brownie. I believe that I read it elsewhere that [redacted] might have had the second half later. No one forced anyone else to drink, or to eat edibles. While I felt the effect of the alcohol, I was fully aware of my actions and my surroundings. Based on the conversation and movement, I also did not feel that [redacted] was impaired physically or mentally. The entire visit occurred in the living room and no one entered my bedroom.

[redacted] was present during the entire time with two brief exceptions when he vomited and when he left the room to speak with his friend.

I am surprised by [redacted] statement, especially because she took the initiative and because touching and kissing was mutual. I was sensitive to her feelings and made sure that I only touched her where she wanted me to touch her. When I stopped being intimate with [redacted], she got up and told [redacted] and I that she was ready to go. [redacted] contacted an Uber through an app on her telephone and verified the address with me. They waited until the Uber arrived, and [redacted] and [redacted] took the elevator and met the Uber driver downstairs.

As indicated to you during my interview (and by Exhibit 1), [redacted] contacted me after she left, and she made fun of [redacted] vomiting in the Uber. She also wanted to make sure that I was ok.

There was never any indication by [redacted] that I had done anything wrong. While there was an unusual conversation with [redacted] where he told me that [redacted] felt violated, [redacted] did not say why and by whom she felt violated. I initially thought that something happened after they left my apartment but it did not make sense given [redacted] vomiting. I also had a conversation later with [redacted] where he confirmed that he did not violate [redacted]

Once again, I am ashamed of the fact that I drank, but I can assure you that my sexual contact with [redacted] was based on a mutual understanding and without any violation of her feelings and her rights, both of which I totally respect.

Based on my limited review of the report and exhibits, I would like to note the following observations:

1. [redacted] – was present through video for approximately ten (10) minutes. However, he indicated that he did not see either [redacted] or myself. [redacted] on the other hand, stated that [redacted] observed me and [redacted] on the couch and that one of his inquiries was "why is [redacted] on top of [redacted] like that?"

2. [redacted] – Having read [redacted] statement, it appears that, for the most part, she was quite aware of the events of the evening. She provided a detailed account as to what she recollected took place, including what appeared to be details of conversations between myself and [redacted] the back massage, the placing of her head on my chest, the location of the seating. She specifically recalled me asking: "where do you want me to put my hand" and "do you want me to go lower" and "do you consent." She also recalled saying "yes"

and "maybe" and "what" to my questions (according to the reports).

[redacted] recalled going to the bathroom and the period of time that she was in the bathroom. As mentioned, she recalled all the conversations that took place. She remembered what she termed a violent kiss by [redacted] and that the kiss lasted about 10 seconds. [redacted] indicated that, earlier, I asked, and she agreed, to a massage, that it took approximately 45 minutes for her to feel the effects of the brownie, and that the touching took place prior to her experiencing the effects of the brownie.

Shortly after leaving my apartment [redacted] was able to communicate through the Uber app by requesting an Uber to come to my address, and she was able to assist [redacted] into the vehicle and deliver him to his dorm.

3. [redacted] indicated that he did not observe, first-hand, any penetration by me, and that his statement regarding finger penetration came from me. I stated that I did not penetrate [redacted] with any part of my body and that I had never made the statement to [redacted] It is important to note that, most, if not all, of the communication between [redacted] and myself took place via text messages. None of the text messages introduced by [redacted] indicate or support the statement attributed to myself by [redacted]. The texts become especially important when the only recollection to rely upon is three years old.

I was most aware of what took place. I have testified truthfully and honestly and admitted that I was ashamed of having used alcohol, that I acquiesced to having marijuana consumed at my apartment, and that [redacted] did not feel well as a result of her consumption of the edible that was brought by [redacted]

I have accepted responsibility for allowing a trusted friend to bring an edible to be consumed at my apartment. I think I am the only person that clearly remembers what happened three years ago. Also, the recollection of [redacted] does not contradict any of the statements that I made. It is

clear that while there was bad judgment on the part of everyone involved, there was no non-consensual sexual contact.

# EXHIBIT 1

No SIM 1:55 PM 99%

[redacted]

Text Message
Nov 6, 2015, 6:23 PM

Hello 😄

Hi!

Hello friend

Hey...

I see you

كوينسي

Apr 23, 2016, 1:47 AM

[redacted] puked in the uber

I think he's okay though

Ooh is everything ok!!

Ok did you apologize to the uber?

Yes he's fine

Text Message

No SIM 1:55 PM 99%

2 [redacted]

Yes he's fine

Ok that's good, keep me posted

Sorry my messages aren't sending!

Apr 23, 2016, 4:25 PM

Hi [redacted] how's your morning!

Apr 23, 2016, 6:38 PM

I'm doing okay

Ok that's great to hear!

You sometimes wake up with a headache when you eat them

Yeah I've been really tired this morning

Apr 23, 2016, 9:22 PM

Are you okay with everything?

Yeah, I am

Text Message

No SIM 1:55 PM 99%

2 [redacted]

Sorry my messages aren't sending!

Apr 23, 2016, 4:25 PM

H[redacted]ow's your morning!

Apr 23, 2016, 6:38 PM

I'm doing okay

Ok that's great to hear!

You sometimes wake up with a headache when you eat them

Yeah I've been really tired this morning

Apr 23, 2016, 9:22 PM

Are you okay with everything?

Yeah, I am

And you?

Yeah I'm tired but okay

Text Message