REDACTED

# EXHIBIT 4

AMERICAN UNIVERSITY
WASHINGTON, DC

TITLE IX OFFICE

TO: [redacted] (COMPLAINANT)
(RESPONDENT)

FROM: Fariha Quasem, Investigator, *fquasem@american.edu*

DATE: May 22, 2019

RE: NOTICE OF FINDING

On January 29, 2019, an investigation began regarding a report that Respondent violated the American University Student Conduct Code.

Following a thorough investigation, which included an opportunity to review a draft report and submit additions or corrections, it has been determined, based on a preponderance of the evidence that Respondent has been found:

- **Responsible** for violating the American University Student Conduct Code, prohibited conduct D. Sexual Assault
- **Not responsible** for violating the American University Student Conduct Code, prohibited conduct E. Sexual Exploitation and G. Rape.

A copy of the final investigation report (redacted), including the conclusion and rationale has been included with this letter. A copy of the final exhibits (redacted) will be made available to you at your request. Please contact the Title IX Office at titleix@american.edu or 202-885-3310 to obtain a copy of the exhibits.

**Next Steps**

When a student is found **responsible** for any charge of the Student Conduct Code, a sanctioning panel will be convened to determine the appropriate sanctions. Both the complainant and respondent have the right to participate in the sanctioning panel if they choose. You will be contacted by Student Conduct & Conflict Resolution Services to schedule a pre-sanctioning panel meeting.

**Reminder:** interim measures, such as *no contact orders, remain in place regardless of the outcome* of this investigation. If you have specific questions regarding any interim measures, please contact the Title IX Office. Finally, regardless of the finding, American University strictly prohibits retaliation against a community member for filing a report.

**Resources**

There are resources available at American University to support you. The Counseling Center (202-885-3350, MGC 214) offers individual counseling; discussion and support groups; referrals to university and community resources; and crisis intervention. The Academic Support and Access Center (202-885-3360, MGC 243, drop-in hours Mon-Thurs 2-4) provides in-person and online resources to support student academic success, if you are struggling with workload or keeping up with classwork, ASAC can help you get back on track. During the summer you can access helplines, including the Collegiate Assistance Program, 24/7, more information can be found here: https://www.american.edu/ocl/counseling/getting-started.cfm