REDACTED

# EXHIBIT 5

**From:** Conduct
**Sent:** Wednesday, June 19, 2019 1:52 PM
**To:** [redacted]
**Subject:** RE: Statement to AU Committee

Hi [redacted],

Sorry for the confusion. Bobby was referring to your general right to have an advisor with you during the sanctioning panel. The plan at that time was for you to come in person, which is probably why Bobby did not mention that you may not have an advisor if you are not present. If you would still like to Skype in today, please let me know asap.

Thanks,

Emily

**From:** [redacted]
**Sent:** Wednesday, June 19, 2019 1:43 PM
**To:** Conduct <conduct@american.edu>
**Subject:** Re: Statement to AU Committee

Mr. Howard said in his email (attached below) that my advisor can attend the session.

On Wed, Jun 19, 2019, 8:22 PM Conduct <conduct@american.edu> wrote:

> Thanks for getting back to us quickly, [redacted]. Since you've submitted a written statement and are not attending, the panel administrator will read your statement aloud for the record. **Since you are not attending, this unfortunately also means your advisor cannot attend.** The purpose of a written statement is to serve as your statement in your absence. You would need to be here in person for [redacted] to come.
>
> I've tried calling [redacted] many times on the number you wrote on the release form and his voicemail box is full. Do you have another number for him or could you please let him know he will not need to come today?
>
> Thanks,
>
> Emily
>
> **From:** [redacted]
> **Sent:** Wednesday, June 19, 2019 1:00 PM

**To:** Conduct <conduct@american.edu>
**Subject:** Re: Statement to AU Committee

Yes, but my advisor [redacted] will be attending.

Thanks,

[redacted]

On Wed, Jun 19, 2019, 6:49 PM Conduct <conduct@american.edu> wrote:

> Hi [redacted]
>
> Thank you for your submission. I'm printing this now for our panel members. You are submitting this in lieu of your attendance today, correct?
>
> Thanks,
>
> Emily
>
> **From:** [redacted]
> **Sent:** Wednesday, June 19, 2019 11:36 AM
> **To:** Conduct <conduct@american.edu>
> **Subject:** Statement to AU Committee
>
> I am hereby enclosing my statement for the sanctions committee,
>
> Kind Regards,
>
> [redacted]