REDACTED

# EXHIBIT 7

AMERICAN UNIVERSITY
WASHINGTON, DC

STUDENT CONDUCT AND
CONFLICT RESOLUTION SERVICES

July 25, 2019

[redacted]

Dear [redacted]

This letter is to inform you that the Appellate Board of the Conduct Council convened on July 25, 2019 to review your letter of appeal in reference to a disciplinary sanctioning panel held on June 19, 2019 for case 00089-001-2019, in which you served as the respondent.

The appellate board determines viability of an appeal based on whether there is new information that significantly alters the finding of fact, evidence of improper procedure, or excessive/insufficient sanctions. Only when deemed viable will an appeal be forwarded to the Vice President of Campus Life for review and decision. Decisions of the Appellate Board about the viability of the appeal are determined by majority vote and are final.

You appealed the outcome of your case on: New information that significantly alters the finding of fact; Evidence of improper procedure; Insufficient/Excessive sanctions

Based on a careful and thorough examination of your appeal, the Appellate Board has determined that your appeal is not viable. As a result, the case will be not forwarded to the Vice President of Campus Life for further review. Their rationale is as follows: Upon review of all case materials and information submitted in your appeal, the Appellate Board did not find evidence that the procedures outlined in the Student Conduct Code were improperly followed. In relation to the ground of new information that significantly alters the finding of fact, the Appellate Board, again upon review of all case materials and all appeal materials provided, did not find that the new information provided significantly altered the original finding of fact outlined in the investigative report. Finally, the Appellate Board, upon review of all case materials and information submitted in your appeal, found that the sanctions imposed are not excessive.

The originally delivered outcome and sanctions have not been modified given the outcome of the appeal.

Should you have questions concerning this matter, please contact our office by email at conduct@american.edu or by calling (202) 885-3328.

Sincerely,

**Bobby Howard**
Assistant Director of Student Conduct & Conflict Resolution Services