**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff,<br>v.<br><br>AMERICAN UNIVERSITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:19-cv-03097-APM<br><br>**[PROPOSED] ORDER ON MOTION TO DISMISS COMPLAINT** |

**[PROPOSED] ORDER ON MOTION**
**TO DISMISS COMPLAINT**

The Court hereby grants Defendant American University's motion to dismiss this matter pursuant to Fed. R. Civ. P. 12(b)(6) for the reasons set forth in Defendant's supporting Memorandum of Points and Authorities. The Complaint is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

______________________________
The Honorable Amit P. Mehta
United States District Judge