# Attachment A

Skip to main content | About Us (/about/) | Contact Us (/about/contacts/gen/) | FAQs (https://www.ed.gov/answers/) | Language Assistance

(http://www.ed.gov/)

**U.S. Department of Education**

**ABOUT ED (/ABOUT/LANDING.JHTML?SRC=LN)  /  OFFICES**

OCR
Office for Civil Rights

| | | |
|---|---|---|
| Home (/about/offices/list/ocr/index.html) | **Home (/about/offices/list/ocr/index.html)** | **About OCR (/about/offices/list/ocr/aboutocr.html)** |
| | **Programs/Initiatives (/policy/rights/reg/ocr/index.html)** | **Reading Room (/about/offices/list/ocr/frontpage/faq/readingroom.html)** |
| | **Office Contacts (http://wdcrobcolp01.ed.gov/CFAPPS/OCR/contactus.cfm)** | **Frequently Asked Questions (/about/offices/list/ocr/faqs.html)** |
| | **Reports & Resources (/about/offices/list/ocr/reports-resources.html)** | **Careers/Internships (/about/offices/list/ocr/frontpage/careers/careers-index.html)** |
| | **News (/about/offices/list/ocr/newsroom.html)** | **Blog (/about/offices/list/ocr/blog/index.html)** |

# Pending Cases Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools as of November 29, 2019 7:30am Search

Home (index.html)   Race and National Origin Discrimination (tvi.html)   Sex Discrimination (tix.html)

Disability Discrimination ▾   Age Discrimination (age.html)

Boy Scouts of America Equal Access Act (boyscouts.html)

State:

Type of Discrimination:

*Sexual harassment does not include sexual violence*

Refresh

Show: 20

Search: American University

| State | Institution | Institution Type | Type of Discrimination | Open Investigation Date |
|---|---|---|---|---|
| DC | AMERICAN UNIVERSITY | PSE | Title IX - Retaliation | 3/11/2015 |
| DC | AMERICAN UNIVERSITY | PSE | Title IX - Sexual Violence | 3/11/2015 |
| DC | AMERICAN UNIVERSITY | PSE | Title IX - Sexual Violence | 6/21/2016 |
| DC | AMERICAN UNIVERSITY | PSE | Title IX - Sexual Violence | 3/28/2017 |
| DC | AMERICAN UNIVERSITY | PSE | Title IX - Sexual Violence | 11/7/2018 |
| DC | AMERICAN UNIVERSITY | PSE | Title IX - Sexual Violence | 3/12/2019 |

## How Do I Find...

- Student loans, forgiveness (/fund/grants-college.html?src=rn)
- College accreditation (https://www.ed.gov/accreditation?src=rn)
- Every Student Succeeds Act (ESSA) (https://www.ed.gov/essa?src=rn)
- FERPA (/policy/gen/guid/fpco/ferpa/index.html?src=rn)
- FAFSA (https://fafsa.ed.gov/?src=edgov-rn)
- 1098, tax forms (https://www.ed.gov/1098-e?src=rn)

More > (/about/top-tasks.html?src=rn)

## Information About...

- Transforming Teaching (https://www.ed.gov/teaching?src=rn)
- Family and Community Engagement (https://www.ed.gov/family-and-community-engagement?src=rn)
- Early Learning (/about/inits/ed/earlylearning/index.html?src=rn)

## Related Topics

**How to File a Complaint (/about/offices/list/ocr/docs/howto.html?src=rt)**

**Topics A-Z (/about/offices/list/ocr/topics.html?src=rt)**

**Civil Rights Data Collection (CRDC) (/about/offices/list/ocr/data.html?src=rt)**

**Other Civil Rights Agencies (/about/offices/list/ocr/related.html?src=rt)**

**Recursos de la Oficina Para Derechos Español (http://www.ed.gov/about/offices/list/ocr/sp.html)**

**Resources Available in Other Languages (http://www.ed.gov/about/offices/list/ocr/index.html)**

Showing 6 of 6 records (filtered from 1362 total records)

Pages:  Previous   1   Next

Last Modified: 12/03/2019

*Our mission* is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

## Student Loans
(/fund/grants-college.html?src=ft)

Repaying Loans (https://studentaid.ed.gov/repay-loans?src=ft)

Defaulted Loans (https://studentaid.ed.gov/repay-loans/default?src=ft)

Loan Forgiveness (https://studentaid.ed.gov/repay-loans/forgiveness-cancellation?src=ft)

Loan Servicers (https://studentaid.ed.gov/repay-loans/understand/servicers?src=ft#who-is-my-loan-servicer)

## Grants & Programs
(/fund/grants-apply.html?src=ft)

Apply for Pell Grants (https://www.fafsa.ed.gov/?src=ft)

Grants Forecast (/fund/grant/find/edlite-forecast.html?src=ft)

Apply for a Grant (/fund/grant/apply/grantapps/index.html?src=ft)

Eligibility for Grants (/programs/find/elig/index.html?src=ft)

## Laws & Guidance
(/policy/?src=ft)

Every Student Succeeds Act (ESSA) (https://www.ed.gov/essa?src=ft)

FERPA (/policy/gen/guid/fpco/ferpa/index.html?src=ft)

Civil Rights (/about/offices/list/ocr/know.html?src=ft)

New IDEA Website (https://sites.ed.gov/idea/?src=ft)

## Data & Research
(/rschstat/?src=ft)

Education Statistics (https://nces.ed.gov/?src=ft)

Postsecondary Education Data (https://nces.ed.gov/ipeds/?src=ft)

ED Data Express (https://eddataexpress.ed.gov/?src=ft)

Nation's Report Card (https://nces.ed.gov/nationsreportcard/?src=ft)

What Works Clearinghouse (https://ies.ed.gov/ncee/wwc/?src=ft)

## About Us
(/about/?src=ft)

Contact Us (/about/contacts/gen/?src=ft)

ED Offices (/about/offices/list/?src=ft)

Jobs (https://www.ed.gov/jobs/?src=ft)

Press Releases (https://www.ed.gov/news/?src=ft)

FAQs (https://www.ed.gov/answers/?src=ft)

Recursos en español (/espanol/bienvenidos/es/index.html?src=ft)

Budget, Performance (/about/overview/focus/performance.html?src=ft)

Privacy Program (/privacy?src=ft)

Subscribe to E-Mail Updates (https://public.govdelivery.com/accounts/USED/topic_id=USED_5)

(https://www.facebook.com/ed.gov)

(https://twitter.com/usedgov)

(https://public.govdelivery.com/accounts/US topic_id=USED_5)

(https://www.ed.gov/feed)

Notices (/notices/index.html?src=ft)   FOIA (/policy/gen/leg/foia/foiatoc.html?src=ft)   Privacy Policy (/notices/privacy/index.html)   Accessibility (/notices/accessibility/index.html)
Security (/notices/security/index.html?src=ft)   Information quality (/policy/gen/guid/infoqualguide.html?src=ft)   Inspector General (/about/offices/list/oig/index.html?src=ft)
Whitehouse.gov (https://www.whitehouse.gov/)   USA.gov (https://www.usa.gov/)   Benefits.gov (https://www.benefits.gov/)   Regulations.gov (https://www.regulations.gov/)