**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | |
| v. | 19 Civ. 03097 (APM) |
| AMERICAN UNIVERSITY, | |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss, the opposition thereto, any reply

in support thereof, and for good cause shown, it is

**ORDERED** that Defendant's Motion to Dismiss is hereby

**DENIED**.


Dated: _____

                                Amit P. Mehta
             United States District Court Judge