IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN UNIVERSITY,<br><br>    Defendant. | 19 Civ. 03097 (APM)<br><br>_____<br><br>HEARING REQUESTED |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, John Doe hereby moves for partial summary judgment on his breach of contract claim (Count III). As explained more fully in the Memorandum accompanying this Motion, John Doe is entitled to judgment on his claim that the defendant, American University ("AU"), wrongly accepted and then investigated a complaint made by Jane Roe alleging that John Doe had sexually assaulted her after the time period specified in the Student Conduct Code and University Policy on Discrimination and Sexual Harassment had passed. *See* ECF No. 3 (Complaint) at ¶¶ 260-270. There is no genuine dispute that Ms. Roe filed her complaint more than one year after the alleged incident giving rise to her complaint. John Doe therefore respectfully moves for an order requiring AU to vacate its finding of responsibility against Mr. Doe for sexual assault and rescind the sanctions imposed on him based on that finding.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ William E. Zapf* |
| DATED:  December 23, 2019 | Matthew G. Kaiser (D.C. Bar No. 486272)<br>Scott Bernstein (D.C. Bar No. 1013922)<br>William E. Zapf (D.C. Bar No. 987213)<br>KAISERDILLON PLLC<br>1099 14th Street NW, 8th Floor West<br>Washington, DC 20005<br>T: (202) 640-2850<br>F: (202) 280-1034<br>mkaiser@kaiserdillon.com<br>sbernstein@kaiserdillon.com<br>wzapf@kaiserdillon.com |
|  | *Attorneys for Plaintiff John Doe* |