| | |
|---|---|
| JOHN DOE, <br><br>        Plaintiff, <br><br>        v. <br><br> AMERICAN UNIVERSITY, <br><br>        Defendant. | 19 Civ. 03097 (APM) |

**DECLARATION OF WILLIAM E. ZAPF**

I, William E. Zapf, declare as follows:

1. I am counsel in the above-captioned matter for John Doe. I submit this Declaration on personal knowledge and under penalty of perjury in support of John Doe's Motion for Partial Summary Judgment, in order to put before the Court certain facts relevant to that motion.

2. Attached hereto as Exhibit 1 is a true and correct copy of the American University Student Conduct Code, for the 2015-2016 academic year.

3. Attached hereto as Exhibit 2 is a true and correct copy of the American University Student Conduct Code, for the 2016-2017 academic year.

4. Attached hereto as Exhibit 3 is a true and correct copy of the American University Student Conduct Code, for the 2017-2018 academic year.

5. Attached hereto as Exhibit 4 is a true and correct copy of the American University Student Conduct Code, for the 2018-2019 academic year.

6. Attached hereto as Exhibit 5 is a true and correct copy of American University's Discrimination and Sexual Harassment Policy, approved on August 1, 2011,

and last amended on August 31, 2015. This is the Policy that was in effect on April 22, 2016, the date on which the alleged incident occurred that formed the basis for Ms. Roe's complaint of sexual misconduct against Mr. Doe.

7.      Attached hereto as Exhibit 6 is a true and correct copy of American University's Discrimination and Sexual Harassment Policy, approved on August 1, 2011 last amended on August 1, 2017. This is the Policy that was in effect in January 2019 when Ms. Roe filed her complaint alleging sexual misconduct against Mr. Doe.

Executed on December 23, 2019
in Washington, DC

*/s/ William E. Zapf*
William E. Zapf