**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN UNIVERSITY,,<br><br>        Defendant. | 19 Civ. 03097 (APM) |

**[PROPOSED] ORDER**

Upon consideration of John Doe's Motion for Partial Summary Judgment, any opposition thereto, any reply in support thereof, the Court finding that there are no disputed issues of material fact with respect to the motion, it is

**ORDERED** that John Doe's Motion for Partial Summary Judgment is hereby **GRANTED**. It is further

**ORDERED** that the defendant shall vacate its finding of responsibility against Mr. Doe and rescind all sanctions against him that were based on such finding.

Date: _____

_____
AMIT P. MEHTA
United States District Judge