UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:19-cv-03097-APM |
| v. ) | |
| ) | |
| AMERICAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF REGINA CURRAN

I, Regina Curran, declare as follows:

1. I am currently the Title IX Program Officer at American University ("AU").

2. I have served in this role since May 22, 2017.

3. I previously served as the Assistant Director of AU's Student Conduct and Conflict Resolution Office from April 2012 to mid-July 2015. I did not work for AU from mid-July 2015 to May 21, 2017.

4. As Title IX Program Officer at AU, I coordinate and have personal knowledge of AU's Title IX enforcement proceedings. My knowledge of these proceedings is also informed by conversations with my colleagues and my ability to review AU's Title IX records for all years at issue in this case.

5. In my prior role at AU, I also assisted and had personal knowledge of AU's Title IX enforcement proceedings.

6. During all times that I have been employed at AU, AU has never declined to investigate a complaint or report (whether oral or written) of sexual assault on the ground that such complaint or report was untimely.

7. I am aware that, prior to 2018, AU investigated complaints of sexual misconduct that were alleged to have occurred more than one year prior to the incident having been reported to the Title IX Program Office. This knowledge is based on my own experience while working at AU, as well as on my conversations with colleagues and access to AU's Title IX case records.

8. During all times that I have been employed at AU, AU has applied the procedures in the University Student Code of Conduct and AU's Discrimination and Sexual Harassment Policy in effect at the time the complaint or report was received to proceedings involving allegations of sexual misconduct.

9. I am aware of the Title IX investigation at issue in the above-captioned case. I am certain that, had the University believed that a one-year limitations provision applied to her report, AU would have given Ms. Roe the opportunity to seek an extension of the time to bring a complaint, and would have granted such an extension given the serious nature of the conduct alleged and the circumstances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on this 15th day of January, 2020, in the District of Columbia.

1/15/2020
Date

[Signature]
Signature

Ed Wiley Shelton
Notary Public

District of Columbia
Signed and sworn to before me on
15 JANUARY, 2020
by Regina D. Curran
Ed Wiley Shelton
Notary Public
My commission expires 05/14/2024

[Notary Seal: EDWARD WILEY SHELTON, NOTARY PUBLIC, DISTRICT OF COLUMBIA, COMMISSION EXPIRES 05-14-2024]

2