**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN DOE, Plaintiff, | ) | Civil Action No. 1:19-cv-03097-APM |
| v. | ) | |
| AMERICAN UNIVERSITY, Defendant. | ) | |

**DECLARATION OF LAUREL PYKE MALSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO DOE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Laurel Pyke Malson, declare as follows:

1. I am counsel in the above-captioned matter for American University ("AU" or "University."). I submit this Declaration in support of AU's Opposition to Doe's Motion for Partial Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of John Doe's transcript.

3. Attached hereto as Exhibit 2 is a true and correct copy of AU's Investigation Report for the allegations regarding John Doe.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Notice of Investigation provided to John Doe.

5. Attached hereto as Exhibit 4 is a true and correct copy of a July 31, 2019 email from AU to John Doe.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2020
in Washington, D.C.

/s/ Laurel Pyke Malson
Laurel Pyke Malson