REDACTED

# EXHIBIT 1

| LAST | FIRST | M | AU ID | BIRTH |
|---|---|---|---|---|
| [redacted] | [redacted] | A | [redacted] | [redacted] |

| DATE PRINTED | PAGE |
|---|---|
| 11/06/19 | 1 OF 1 |

# AMERICAN UNIVERSITY
WASHINGTON, DC

## ACADEMIC RECORD

| Course Number | Course Title | Oth | Crs Val | Grd | Quality Points |
|---|---|---|---|---|---|
| | ADVANCED PLACEMENT CREDITS ACCEPTED 3.00 HOURS | | | | |
| FALL 2015 | | | | | |
| SISU-130 | INTERCULTURAL UNDERSTANDING 3:3 | | 03.00 | A | 12.00 |
| SPEX-196 | SELECTED TOPICS:NON-RECURRING | | | | |
| | INTRO TO COLLEGE INQUIRY | | 03.00 | A- | 11.01 |
| WRTG-100 | COLLEGE WRITING | | 03.00 | C+ | 06.99 |
| WSEM-120 | MENTORED FIELD PRACTICUM | | 03.00 | A | 12.00 |
| | AU SEM SUM: 12.00HRS ATT 12.00HRS ERND 42.00QP 3.50GPA | | | | |
| SPRING 2016 | | | | | |
| ARTH-205 | ART OF THE RENAISSANCE 2:2 | | 03.00 | B | 09.00 |
| COMM-100 | UNDERSTANDING MEDIA 4:4 | | 03.00 | B+ | 09.99 |
| COMM-105 | VISUAL LITERACY 1:1 | | 03.00 | A | 12.00 |
| MATH-150 | FINITE MATHEMATICS | | 03.00 | B | 09.00 |
| WRTG-101 | COLLEGE WRITING SEMINAR | | 03.00 | A- | 11.01 |
| | AU SEM SUM: 15.00HRS ATT 15.00HRS ERND 51.00QP 3.40GPA | | | | |
| FALL 2016 | | | | | |
| COMM-200 | WRITING FOR COMMUNICATION | | 03.00 | A | 12.00 |
| HIST-454 | THE SOUTH SINCE RECONSTRUCTION | | 03.00 | B | 09.00 |
| JLC-245 | CITIES AND CRIME | | 03.00 | B | 09.00 |
| PERF-220 | REFLECT OF AM SOCIETY ON STAGE 1:1 | | 03.00 | B- | 08.01 |
| SISU-140 | CROSS-CULTURAL COMMUNICATION 3:3 | | 03.00 | B+ | 09.99 |
| | AU SEM SUM: 15.00HRS ATT 15.00HRS ERND 48.00QP 3.20GPA | | | | |
| SPRING 2017 | | | | | |
| BIO-100 | GREAT EXPERIMENTS IN BIO 5:5 | | 04.00 | C | 08.00 |
| COMM-330 | PRINCIPLES OF PHOTOGRAPHY | | 03.00 | B | 09.00 |
| COMM-331 | FILM & VIDEO PRODUCTION I | | 03.00 | A | 12.00 |
| COMM-438 | PRODUCTION PRACTICUM | | | | |
| | FINAL CUT PRO | | 01.00 | A- | 03.67 |
| PERF-115 | THEATRE:PRIN,PLAYS & PERFORM | | 03.00 | A- | 11.01 |
| | AU SEM SUM: 14.00HRS ATT 14.00HRS ERND 43.68QP 3.12GPA | | | | |
| FALL 2017 | | | | | |
| COMM-250 | DIGITAL IMAGING | | 03.00 | A- | 11.01 |
| COMM-382 | WRITING FOR VISUAL MEDIA | | 03.00 | A | 12.00 |
| COMM-434 | FILM & VIDEO PRODUCTION II | | 03.00 | B | 09.00 |
| ECON-100 | MACROECONOMICS | | 03.00 | B | 09.00 |
| LIT-146 | CRITICAL APPR TO CINEMA | | 03.00 | A- | 11.01 |
| | AU SEM SUM: 15.00HRS ATT 15.00HRS ERND 52.02QP 3.46GPA | | | | |
| SPRING 2018 | | | | | |
| CHEM-230 | EARTH SCIENCES 5:5 | | 03.00 | A | 12.00 |
| COMM-463 | TECHNIQUES/AESTHETICS EDITING | | 03.00 | B+ | 09.99 |
| COMM-503 | BROADCAST/MULTIMEDIA JOUR MGMT | | 03.00 | B+ | 09.99 |
| COMM-569 | EXECUTIVE SUITE | | 03.00 | A | 12.00 |
| LIT-125 | GREAT BOOKS: WESTERN WORLD 2:2 | | 03.00 | B | 09.00 |
| | AU SEM SUM: 15.00HRS ATT 15.00HRS ERND 52.98QP 3.53GPA | | | | |
| FALL 2018 | | | | | |
| ACCT-240 | PRINCIPLES OF FINANCIAL ACCT | | 03.00 | P | 00.00 |
| COMM-454 | MOTION GRAPHICS & EFFECTS I | | 03.00 | A- | 11.01 |
| COMM-568 | ENVIRON FILMMAKING FOR PUB TV | | 03.00 | A | 12.00 |
| HIST-453 | CIVIL WAR AND RECONSTRUCTION | | 03.00 | B- | 08.01 |
| MKTG-250 | MARKETING & BUSINESS FOR COMM | | 03.00 | A | 12.00 |
| | AU SEM SUM: 15.00HRS ATT 15.00HRS ERND 43.02QP 3.58GPA | | | | |
| SPRING 2019 | | | | | |
| MKTG-301 | CONSUMER BEHAVIOR | | 03.00 | A- | 11.01 |
| MKTG-396 | SELECTED TOPICS:NON-RECURRING | | | | |
| | ENTERTAINMENT MARKETING | | 03.00 | A | 12.00 |
| MKTG-411 | ADVERTSNG & MARKETNG COMM MGT | | 03.00 | B | 09.00 |
| MKTG-421 | BRAND MANAGEMENT | | 03.00 | B+ | 09.99 |
| MKTG-541 | SPORTS MARKETING MANAGEMENT | | 03.00 | A- | 11.01 |
| | AU SEM SUM: 15.00HRS ATT 15.00HRS ERND 53.01QP 3.53GPA | | | | |
| SUMMER 2019 | | | | | |
| SOCY-452 | POPULAR CULTURE | | 03.00 | A- | 11.01 |
| | AU SEM SUM: 3.00HRS ATT 3.00HRS ERND 11.01QP 3.67GPA | | | | |
| FALL 2019 | | | | | |
| | SUSPENDED DISCIPLINARY REASONS | | | | |
| SPRING 2020 | | | | | |
| | SUSPENDED DISCIPLINARY REASONS | | | | |
| SUMMER 2020 | | | | | |
| | SUSPENDED DISCIPLINARY REASONS | | | | |
| FALL 2020 | | | | | |
| | SUSPENDED DISCIPLINARY REASONS | | | | |
| | AU CUM SUM: 119.00HRS ATT 119.00HRS ERND 396.72QP 3.42GP | | | | |
| | ***END OF TRANSCRIPT*** | | | | |

Michael W. Hiese
INTERIM UNIVERSITY REGISTRAR

THE OFFICIAL SIGNATURE OF THE UNIVERSITY REGISTRAR IS BLUE WITH A BLUE BACKGROUND