REDACTED

# EXHIBIT 2

AMERICAN UNIVERSITY
WASHINGTON, DC

TITLE IX OFFICE

**INVESTIGATION REPORT: [redacted] / [redacted]**

| | |
|---|---|
| **Date of Report:** | May 22, 2019 |
| **Prepared by:** | Fariha Quasem, Investigator |
| **Date of Incident:** | April 22, 2016 |
| **Date Reported to TIX Programs Office:** | January 9, 2019 |
| **Complainant:** | [redacted] ([redacted]<br>AUID: [redacted]<br>Status: UG |
| **Respondent:** | [redacted] ([redacted]<br>AUID: [redacted]<br>Status: UG |
| **Witnesses:** | [redacted] (AU)<br>[redacted] (Non-AU)<br>[redacted] (Non-AU)<br>[redacted] (AU)<br>[redacted] (AU) |

## I. SUMMARY

It was reported that on April 22, 2016, at an off-campus residence, [redacted] took sexual advantage of [redacted] including sexually touching her and digitally penetrating [redacted] vagina.

## II. TIMELINE

1/9/19: [redacted] met in-person for an investigatory interview. [redacted] was accompanied by advisor [redacted] (AU affiliate).

1/24/19: Notice of Investigation provided to [redacted] during pre-investigation meeting. Notice of Investigation was provided via email to [redacted]

1/25/19: [redacted] spoke on the phone for a witness interview.

1/28/19: [redacted] spoke on the phone for a witness interview.

2/4/19: [redacted] spoke on the phone for a witness interview.

2/7/19: [redacted] met in-person for an investigatory interview. [redacted] was accompanied by advisor [redacted] (Non-AU affiliate).

2/8/19: [redacted] met in-person for a witness interview.

2/15/19: [redacted] met in-person for follow-up questions. [redacted] was accompanied by advisor [redacted] (AU affiliate).

2/28/19: [redacted] met with Quasem for a witness interview.

3/11 – 15/19: Classes not in session for spring break.

3/25 – 29/19: Case review period.

4/2/19: [redacted] met in-person for follow-up questions.

4/3/19: [redacted] met in-person for follow-up questions.

4/10/19: [redacted] met in-person for follow-up questions.

**III. EVIDENCE**

Exhibit A: Text message conversation between [redacted] and [redacted] The text messages were sent between April 26 and 27, 2016. [redacted] provided the text messages on February 26, 2019.

Exhibit B: Text message conversation between [redacted] and [redacted] The text messages were sent on April 18, 2016. [redacted] provided the text message on January 24, 2019.

Exhibit C: Snapchat pictures [redacted] sent to [redacted] The Snapchat pictures were sent on April 22, 2016. [redacted] provided the Snapchat pictures on January 28, 2019.

Exhibit D: Text message conversation between [redacted] and [redacted] The text messages were sent on April 23, 2016. [redacted] provided the text message on January 22, 2019.

Exhibit E: Text message conversation between [redacted] and [redacted] The text messages were sent on April 24, 2016. [redacted] provided the text message on January 22, 2019.

Exhibit F: Text message conversation between [redacted] and [redacted] The text messages were sent on April 27, 2016. [redacted] provided the text message on January 22, 2019.

Exhibit G: Text message conversation between [redacted] and [redacted] The text messages were sent on April 24, 2016. [redacted] provided the text message on January 29, 2019.

Exhibit H: Text message conversation between [redacted] and [redacted] The text messages were sent on April 28, 2016. [redacted] provided the text message on January 29, 2019.

Exhibit I: Text message conversation between [redacted] and [redacted] The text messages were sent on April 27, 2016. [redacted] provided the text message on January 29, 2019.

Exhibit J: Text message conversation between [redacted] and [redacted] The text messages were sent on April 23, 2016. [redacted] provided the text messages on March 29, 2019.

Exhibit K: [redacted] comments to the draft report. Submitted on March 29, 2019.

Exhibit L: [redacted] comments to the draft report. Submitted on March 29, 2019.

## IV. INVESTIGATION

Complainant: [redacted]

On January 9, 2019, [redacted] met with Quasem for an investigatory interview. [redacted] stated that she met [redacted] during her freshman year at AU, during the fall 2015 semester. [redacted] stated that she and [redacted] were in the Washington Mentorship program and lived in Leonard Hall during the fall 2015 semester. [redacted] stated that [redacted] moved out of the residence hall during the 2016 spring semester.

[redacted] stated that she met [redacted] through [redacted] a mutual friend. [redacted] stated that [redacted] was a closer friend to [redacted] then she was. [redacted] stated that she, [redacted] and [redacted] had dinner together a few times during their freshman year at AU.

[redacted] stated that during their freshman year [redacted] told her about his experiences using marijuana and [redacted] mentioned to him that she was interested in trying marijuana. [redacted] stated that she and [redacted] decided that she would try marijuana on April 22, 2016, since it was close to the end of the spring 2016 semester and before their final exam period began.

[redacted] stated that on April 22nd she was surprised when [redacted] took her to [redacted] place to try the marijuana, because she assumed they would be trying it in one of their rooms on campus. [redacted] stated that she and [redacted] arrived at [redacted] apartment around 10 p.m. [redacted] stated that as soon as she and [redacted] arrived at [redacted] apartment, [redacted] and [redacted] began drinking alcohol. [redacted] stated that she was confused and surprised to see [redacted] drink alcohol, since in the past he made it very clear that he did not drink alcohol due to his religion. [redacted] stated that she was also surprised that [redacted] was drinking alcohol, because he had previously promised [redacted] he would not get drunk since it would be the first time [redacted] was trying marijuana.

[redacted] stated that [redacted] took out the marijuana and it was baked into a brownie, which [redacted] did not expect. [redacted] stated that she assumed that she would be smoking the marijuana. [redacted] stated that [redacted] told [redacted] he got the marijuana from someone on their floor in Leonard Hall. [redacted] stated that [redacted] broke off a portion of the marijuana brownie and gave it to her. [redacted] stated that she ate the brownie and did not feel its affects for some time. [redacted] stated that she, [redacted] and [redacted] were sitting in [redacted] living room and chatting.

[redacted] stated that about 45 minutes after she ate the portion of the brownie she "hit the floor like a rock." [redacted] stated that she began to feel dizzy and all of a sudden, she was on the floor. [redacted] stated that after she fell, her memory of the evening is a bit blurry. [redacted] stated that she remembers [redacted] and [redacted] moved her to a couch, put a blanket on her, and then continued talking. [redacted] recalled feeling "out of it" while she was laying on the couch. [redacted] stated that while she did not contribute to [redacted] and [redacted] conversation she could her hear them and would only respond when they asked her questions.

[redacted] stated that at one-point [redacted] asked if she wanted a back massage. [redacted] stated that she believes she agreed to the back massage which prompted [redacted] to sit behind [redacted] on the couch. [redacted] stated that [redacted] placed her head on his chest so that he could give her a massage. [redacted] stated that [redacted] began to massage her back and neck area. [redacted] stated that while [redacted] gave her a massage, [redacted] and [redacted] continued to talk with one another. [redacted] stated that [redacted] hand began to go lower towards her hip area. [redacted] stated that she did not say anything to [redacted] because she could not believe what was happening and thought that if something bad happened, [redacted] would say something and stop it from happening or continuing.

[redacted] stated that as [redacted] continued to massage her she was growing more confused and conflicted. [redacted] stated that she had difficulty processing what was happening but intuitively felt as if something bad was

happening. [redacted] stated that as [redacted] was massaging her she recalls him asking "where do you want me to put my hand" and "do you want me to go lower," and "do you consent." [redacted] stated that she felt confused and kept saying "yes," "maybe," and "what" to [redacted] questions.

[redacted] stated that she recalled [redacted] and [redacted] telling her to "say yes" when she was asked if she "consented" to what was happening to her. [redacted] stated that [redacted] and [redacted] asked her questions regarding consent for what felt like a long time. [redacted] stated that she was having difficulty processing what was happening, so she responded by answering "yes" when [redacted] and [redacted] asked her if she "consented."

[redacted] stated that [redacted] continued to massage her and his hands got closer to her breasts. [redacted] stated that [redacted] began to pet and brush her hair with his hands. [redacted] stated that as [redacted] was touching her she thought that she should make up an excuse to leave, and eventually she jolted herself up and stood up on her feet. [redacted] stated that as soon as she got up she immediately fell down and hit the side of her hip against the coffee table and dropped her phone, which she had been holding in her hand. [redacted] stated that at the time, she did not feel any pain from her fall. [redacted] stated that [redacted] and [redacted] asked her why she got up. [redacted] stated that she was too scared to tell [redacted] and [redacted] that she was trying to leave so she told them that she had to use the bathroom. [redacted] stated that [redacted] helped her up and took her to the bathroom, since she was unable to walk on her own. [redacted] stated that once she was inside the bathroom [redacted] told her to knock on the door when she was done. [redacted] stated that she did not have to use the bathroom, so she waited for a few minutes before she knocked on the bathroom door to get [redacted] attention. [redacted] stated that [redacted] helped her back to the couch after she exited the bathroom.

[redacted] stated that once she was back on the couch [redacted] began to massage her again. [redacted] stated that [redacted] and [redacted] asked her "you want this, right?" and continued to talk to her about "consent." [redacted] stated that she kept her eyes closed while the massaging and questioning continued. [redacted] stated that [redacted] got up from the couch and walked towards [redacted] [redacted] stated that she could hear [redacted] and [redacted] having a hushed conversation that sounded like an argument. [redacted] stated that she heard [redacted] reassuring [redacted] that everything that had occurred was fine because it was consensual and if [redacted] told anyone that their actions were not consensual, [redacted] and [redacted] would tell everyone that [redacted] was "crazy." [redacted] stated that [redacted] told [redacted] that [redacted] had consented so there was nothing to worry about.

[redacted] stated that [redacted] and [redacted] returned to the couch and [redacted] sat down and placed her head on his crotch area. [redacted] stated that [redacted] and [redacted] continued talking. [redacted] stated that during [redacted] and [redacted] conversation, [redacted] arranged [redacted] in a sitting position and [redacted] placed the rest of the brownie in [redacted] mouth and told her to eat it. [redacted] stated she was scared and felt that she had no choice, so she ate the brownie. [redacted] stated that when she was done eating the brownie, [redacted] put a few brownie crumbs in her mouth. [redacted] stated that she remembers thinking that the brownie did not taste like a brownie or chocolate at all, it tasted and smelled like marijuana.

[redacted] stated that after she ate the rest of the brownie she began to feel dizzy and became more disoriented and confused. [redacted] stated that [redacted] sat back on the couch with [redacted] and pulled up her shirt and exposed her bra. [redacted] stated that [redacted] slipped his hand under her bra and touched her breasts and nipples and began to kiss her mouth and neck. [redacted] stated she remembers that [redacted] put his tongue in her mouth while he was kissing her. [redacted] stated that [redacted] then began to touch her butt and crotch over her pants. [redacted] stated that while he was touching her he was telling her that she was pretty and smart and that he had always liked her.

[redacted] stated that at one point she heard a third voice in the room, which she recognized as [redacted] a friend of [redacted] from Boulder, CO. [redacted] stated that she recalls hearing [redacted] speaking with [redacted] and realized that they must have been speaking via video chat. [redacted] stated she heard [redacted] say "[redacted] doesn't look

good," and asked, "Why is she on [redacted] like that" and "why is [redacted] touching her." [redacted] stated that [redacted] left the living room and went to another room to speak to [redacted]

[redacted] stated that when [redacted] left the room [redacted] continued to kiss and touch her breasts. [redacted] stated that when [redacted] returned to the living room he asked her if she consented. [redacted] stated that she did not respond to [redacted] because she did not understand what he was asking her. [redacted] stated that [redacted] then said "say yes" so [redacted] said "yes." [redacted] stated that [redacted] leaned down over her on the couch and kissed her "violently." [redacted] stated that [redacted] put his tongue in her mouth and as he was kissing her he grabbed her hair and with his other hand he grabbed her breast. [redacted] stated that the kiss lasted about 10 seconds. [redacted] stated that immediately after [redacted] finished kissing her he stood up and started screaming. [redacted] stated that [redacted] then began breathing heavily and said "what are we doing" and vomited. [redacted] stated that [redacted] got up from the couch and took [redacted] to the bathroom. [redacted] stated she could hear "retching sounds" from the bathroom.

[redacted] stated that [redacted] came back to the living room and without saying anything and pulled her leggings and underwear down her legs. [redacted] stated that [redacted] inserted his fingers into her vagina. [redacted] is not sure how many fingers [redacted] inserted inside of her. [redacted] stated that she was scared and in so much pain that she was unable to speak. [redacted] explained that [redacted] fingers caused her to feel a "stabbing pain" and her vagina felt like it was being "split in two." [redacted] stated that pain became so excruciating that she screamed "no..no..stop." [redacted] stated that [redacted] stopped and removed his fingers from her vagina and walked to the other side of the room.

[redacted] stated that "something happened in her brain" which made her realize that if she did not immediately leave "something bad was going to happen." [redacted] stated that she told [redacted] she wanted to leave and pulled her leggings and underwear back up, sat up on the couch, and stared at her shoes that were on her feet. [redacted] stated that she was trying to focus on how to tie her shoes so that she could leave. [redacted] stated that she remembers thinking that she just needed to tie her shoes laces and that she would "figure everything else out later." [redacted] stated that she remembers hugging [redacted] goodbye, which she did because she did not want to do anything that would make [redacted] realize that she was upset. [redacted] stated that she was afraid that if [redacted] knew she was upset "something bad could happen." [redacted] stated that she somehow managed to order an Uber on her phone. [redacted] stated that as she was getting ready to leave, [redacted] came out of the bathroom and told her that he was coming with her. [redacted] stated that she told [redacted] "no", but he repeated that he was coming with her. [redacted] stated that she wanted to leave so she agreed to [redacted] request to leave with her.

[redacted] stated that she and [redacted] walked out of the building and waited for the Uber. [redacted] stated that right before she and [redacted] got in the Uber, [redacted] told her not to "tell anyone what happened…especially [redacted] ([redacted] [redacted] stated that during the Uber ride, [redacted] vomited in the car. [redacted] stated that once they arrived on campus, she apologized to the driver and told [redacted] to go upstairs. [redacted] stated that when she entered her room she collapsed on the floor, was hysterical, and began to cry. [redacted] stated that [redacted] asked her if she was okay and what happened. [redacted] stated that she asked [redacted] to check on [redacted] because she was concerned that he had "alcohol sickness." [redacted] stated that [redacted] left the room to check on [redacted] and then returned and told [redacted] to go to sleep since [redacted] was high.

[redacted] stated that she went to sleep and woke up around 7:30 a.m. when she received a phone call from her mother. [redacted] stated that when she woke up she felt just as high as she did when she had fallen asleep. [redacted] stated that her mother called to tell her that [redacted] credit card was frozen due to a fraudulent $100 charge. [redacted] stated that she told her mother that [redacted] had vomited in an Uber, which is why she had an extra charge on her credit card. [redacted] stated that her mother told her that she should ask [redacted] for $100 to pay for the fee that she was charged. [redacted] stated that she reached out to [redacted] via text, and told him that he needed to give her $100.

[redacted] stated that she went back to sleep because she was still feeling disorientated. [redacted] stated that when she woke up later in the day she felt more clearheaded but slightly delirious. [redacted] stated that [redacted] again asked her what happened. [redacted] stated that she told [redacted] "they [redacted] and [redacted] said I consented" and that [redacted] did not consent and did not want what [redacted] and [redacted] were doing to her. [redacted] stated that [redacted] was confused and asked her "with [redacted] [redacted] stated that she told [redacted] "no, no with [redacted] but [redacted] was there." [redacted] stated that she remembers feeling delirious during her conversation with [redacted] [redacted] stated that she felt bad and spent the rest of the day in bed. [redacted] stated that she believes she was high until the afternoon.

[redacted] stated that on April 24th she felt physically better and told [redacted] what she experienced at [redacted] apartment. [redacted] stated that [redacted] was concerned about her and told her to call RAINN, a national sexual assault hotline. [redacted] stated that [redacted] then left and told their RA that [redacted] had been sexually assaulted. [redacted] stated that when [redacted] returned to their room, she told [redacted] that she had spoken to their RA. [redacted] stated that she was happy that [redacted] had spoken to their RA because she knew that she should speak to someone regarding what happened at [redacted] apartment on April 22nd. [redacted] stated that her RA and RA's supervisor came to her room to speak to her. [redacted] stated that she told the RA that she had been high and was touched and kissed without her consent. [redacted] stated that she did not disclose [redacted] or [redacted] names while speaking about her experience. [redacted] stated that after her RA left [redacted] called Sara Yzaguirre, an advocate at OASIS and set up an appointment for [redacted] stated that [redacted] accompanied [redacted] when she went to OASIS.

[redacted] stated that a few days later she went to [redacted] room and told him she was very upset with him. [redacted] stated that she told [redacted] what happened when he left her alone with [redacted] [redacted] stated that [redacted] told her that she had "said yes" to everything that had occurred between her and [redacted] [redacted] stated that [redacted] told her that "if anything happened between her and [redacted] it wasn't his fault" since he was not in the room when it occurred (**Exhibit A**). [redacted] stated that she was upset and walked out of [redacted] room. [redacted] stated that she did not speak to [redacted] again, until the end of the semester, when she notified [redacted] that she would no longer be visiting him in Boulder, CO during the summer, as they had previously planned. [redacted] stated that she did not have any contact with [redacted] after April 22, 2016.

[redacted] stated that on April 27, 2016, she went to the University's Health Center for a physical exam due to continued pain in her pelvis and vagina **(documentation of an appointment was verified by the investigator)**.

On February 15, 2019, [redacted] met with Quasem to answer follow-up questions. [redacted] stated that she did not initiate kissing [redacted] [redacted] stated that [redacted] witnessed [redacted] massaging her neck and shoulders and touching her breasts over and under her shirt.

[redacted] stated that she did not place [redacted] head on or near her breasts or chest area. [redacted] stated that she did not move or place [redacted] head near her crotch area. [redacted] stated that she does not remember whether or not [redacted] placed his mouth on her crotch area. [redacted] stated that prior to leaving [redacted] apartment, she did hug him goodbye. [redacted] stated that she hugged [redacted] because she was terrified that he was going to continue to hurt her, so she wanted to act as normal as possible so she could leave his apartment.

On April 2, 2019, [redacted] met with Quasem for follow-up questions. [redacted] stated that she "texted [redacted] that [redacted] had vomited in the Uber, because I [redacted] was concerned it was possible he [redacted] had alcohol poisoning and I [redacted] wanted to not have to check up on him, but still let someone else know that he [redacted] was not feeling well so they could check up on him" (**Exhibit J & K**). [redacted] stated that [redacted] contacted her on April 23, 2016 and asked "how's your morning!" (**Exhibit J**). [redacted] stated that she responded to [redacted] and said she was "doing okay" and later asked him "Are you okay with everything" (**Exhibit J**). [redacted] stated that [redacted] responded "Yeah, I am" and then asked her "And you?," to which [redacted] responded "Yeah I'm tired but okay" (**Exhibit J**). [redacted] stated that she was "not fine" but by nature she

is a polite person, so she did not know how to communicate how she actually felt, especially because she did not know [redacted] well.

[redacted] stated that she knew that [redacted] purchased the marijuana from [redacted] [redacted] stated that she does not know where [redacted] got the marijuana brownie and does not know if [redacted] made the brownie. [redacted] stated that the brownie was "small and brownie sized," and was "probably 2" x 2" in size." [redacted] stated that she has "no idea" regarding the quantity of marijuana in the edible she consumed. [redacted] stated that she had very little prior knowledge about marijuana prior to April 22, 2016 and knew "almost nothing" about marijuana brownies.

Respondent: [redacted]

On February 7, 2019, [redacted] met with Quasem for an investigatory interview. [redacted] stated that he met [redacted] and [redacted] during his freshman year in the fall 2015 semester. [redacted] stated that he and [redacted] were friendly with one another and did not have much interaction with one another prior to April 22, 2016. [redacted] stated that he and [redacted] were good friends during his first year at AU.

[redacted] stated that on April 22, 2016, [redacted] texted him and told him that [redacted] and [redacted] were going to come over to [redacted] apartment to hangout. [redacted] stated that [redacted] said in text that [redacted] would be trying a marijuana brownie at [redacted] apartment. [redacted] stated that when [redacted] and [redacted] arrived [redacted] ate some of the brownie and he and [redacted] drank vodka soda. [redacted] stated that he does not know how much of the marijuana brownie [redacted] consumed nor does he know how much vodka soda [redacted] drank. [redacted] stated that neither he nor [redacted] forced [redacted] to eat the brownie, nor did they physically put the brownie in [redacted] mouth. [redacted] stated that he drank about three glasses of vodka soda. [redacted] stated that the glasses were "regular sized drinking glasses." [redacted] stated that while he and [redacted] drank a lot of alcohol they were "buzzed" and not drunk. [redacted] stated that he and [redacted] did not have any mobility or speech issues. [redacted] stated that on a scale of 1 to 10 where 1 is sober and 10 is the most intoxicated he has ever been, he was at a 6 or 7. [redacted] stated that on a scale of 1 to 10, where 1 is sober and 10 is the most intoxicated he has ever seen anyone, [redacted] was at an 8. [redacted] stated that [redacted] consumption of the marijuana brownie did not seem to affect her and that she did not appear high to him. [redacted] stated that [redacted] did not have any mobility or speech issues and that he did not see her stumble or fall to the ground that night. [redacted] stated that he, [redacted] and [redacted] sat in his living room for the majority of the time [redacted] and [redacted] were at his apartment. [redacted] stated that the only time anyone left the living room was when [redacted] went to the bathroom. [redacted] stated that [redacted] did not go to the bathroom when she was at his apartment.

[redacted] stated that [redacted] left the living room and went to the bathroom to FaceTime with [redacted] a friend of [redacted] that did not attend AU. [redacted] stated that he and [redacted] did not ever speak to [redacted] while [redacted] was talking with him because the entire conversation occurred in the bathroom. [redacted] stated that after [redacted] spoke with [redacted] in the bathroom, [redacted] vomited in the bathroom, which he heard from the living room.

[redacted] stated that when [redacted] left the living room [redacted] was laying on the couch and [redacted] was sitting on it. [redacted] stated that he rubbed [redacted] shoulder but does not remember whether he asked [redacted] if she wanted a massage or if [redacted] asked him to give her a massage. [redacted] stated that [redacted] placed her head on [redacted] lap and then kissed him. [redacted] stated that while he and [redacted] were kissing he moved his body onto the floor right next to the couch. [redacted] stated that as he and [redacted] continued to kiss she placed her hands on his head and moved his head towards her chest area. [redacted] stated that his face was above [redacted] breasts for a couple seconds. [redacted] stated that while his face was above [redacted] breasts he touched her breasts with his hand over her clothing. [redacted] stated that his mouth did not touch [redacted] breasts. [redacted] stated that [redacted] moved his head towards the lower part of his body. [redacted] stated that he asked [redacted] "is this what you me to do," to which [redacted] responded "yes." [redacted] stated that since [redacted]

had moved his head near her vagina area he assumed [redacted] wanted him "to go down on her." [redacted] stated that since [redacted] pants were on it was difficult for him to place his mouth on her vulva, so he stopped and sat up. [redacted] stated that for a few seconds his mouth did make contact with [redacted] crotch area over her pants. [redacted] stated that he did not lower or remove [redacted] pants or underwear. [redacted] stated that he did not touch [redacted] cotch area under her pants. [redacted] stated that he did not touch [redacted] vulva or penetrate [redacted] vagina with his fingers or any other object. [redacted] stated that when [redacted] came back to the living room from the bathroom, [redacted] asked [redacted] if she was ready to leave. [redacted] stated that [redacted] responded yes and told [redacted] that she was ready to go. [redacted] stated that [redacted] stood up and did not have any mobility issues standing up or walking out of his apartment. [redacted] stated that after [redacted] and [redacted] left his apartment, [redacted] texted him to let him know that [redacted] vomited in the Uber.

[redacted] stated that the sexual activity that occurred between himself and [redacted] occurred when [redacted] was in the bathroom. [redacted] stated that he did not witness [redacted] or [redacted] engage in any sexual activity, including kissing. [redacted] stated that he, [redacted] and [redacted] did not talk about "consent" nor did he or [redacted] ask [redacted] if she consented to anything. [redacted] stated that when he and [redacted] were engaging in sexual activity, while [redacted] was in the bathroom, he did ask [redacted] "is this what you want" or "is this what you want me to do."

[redacted] stated that a few days after April 22, 2016, he may have seen [redacted] on campus and said "hi' to her. [redacted] stated that a few days after April 22nd [redacted] told him that he had spoken to [redacted] and that [redacted] indicated that she felt violated by [redacted] actions. [redacted] stated that [redacted] did not tell him why [redacted] indicated that she felt violated. [redacted] stated that [redacted] roommate, [redacted] spoke to him about what occurred between himself and [redacted] at his apartment on April 22, 2016. [redacted] stated that [redacted] told him that [redacted] felt violated by what had occurred at his apartment. [redacted] stated that [redacted] did not explain why [redacted] felt violated. [redacted] stated that he did not know what [redacted] was referring to when she said [redacted] felt violated. [redacted] stated that since his conversation with [redacted] he has only spoken to her on one or two occasions. [redacted] stated that he has not spoken to [redacted] since April 2016.

On April 10, 2019, [redacted] met with Quasem for follow-up questions. [redacted] stated that prior to April 22, 2016, he had tried marijuana a few times, but had never tried an edible. [redacted] stated that prior to April 22, 2016, he had never been around a person who had just consumed an edible and was not aware of how an edible would cause a person to react. [redacted] stated that [redacted] behavior did not change after she consumed the edible, and that she seemed "fine."

[redacted] stated that he assumed that [redacted] obtained the edible from [redacted] does not know whether the edible [redacted] gave [redacted] was purchased or made by [redacted] state that he did not have any knowledge of the contents of the edible. [redacted] stated that he does not know how many edibles [redacted] brought to his apartment, nor does he know the size of the edible [redacted] consumed.

Witness: [redacted]

On February 28, 2019 [redacted] met with Quasem for a witness interview. [redacted] stated that he met [redacted] during their freshman year and became very close to her. [redacted] stated that he and [redacted] lived on the same floor and were both part of the Washington Mentorship Program. [redacted] stated that he met [redacted] during his freshman year at AU and they became close friends.

[redacted] stated that in the later part of the spring 2016 semester [redacted] mentioned that she wanted to try marijuana since she had never been high before. [redacted] stated that he told [redacted] that it may not be a good idea for her to smoke marijuana since she was dealing with a lot. [redacted] stated that [redacted] was adamant that she wanted to try marijuana, so [redacted] contacted [redacted] and asked if she could get marijuana for him (**Exhibit B**).

[redacted] stated [redacted] did not belong to a friend group and she was interested in expanding her network so they decided that [redacted] would try the marijuana at [redacted] place since he lived off campus. [redacted] explained this would make it easier to for [redacted] to try the marijuana and for [redacted] could get to know [redacted] better. [redacted] explained that [redacted] had previously expressed interested in getting to know [redacted] better.

[redacted] stated that on April 22nd, when he and [redacted] arrived at [redacted] place he told [redacted] to be careful because the marijuana she was going to take was an edible, which was much stronger then smoking marijuana. [redacted] stated he told [redacted] that smoking marijuana does not always guarantee a high and can cause chest discomfort, which is why he brought the edible as opposed to marijuana that [redacted] could smoke. [redacted] stated that [redacted] took the edible and ate a portion of it. [redacted] stated that he and [redacted] drank whisky, vodka coke. [redacted] stated that after [redacted] took the edible she told [redacted] and [redacted] that she was feeling relaxed. [redacted] stated that he, [redacted] and [redacted] spent the majority of the time listening to music and talking.

[redacted] stated that [redacted] told him they both needed to get "fucked up" and that she wanted them to be on the "same level" as her. [redacted] stated that [redacted] told him "you are not drunk enough" so [redacted] drank more alcohol at her request. [redacted] stated that he soon became very drunk. [redacted] stated that on a scale of 1 to 10, where 1 is sober and 10 is the most intoxicated he has ever been he was at an 8. [redacted] stated on a scale of 1 to 10, where 1 is sober and 10 is the most intoxicated he has seen someone, [redacted] was between a 4 – 6. [redacted] stated that it was clear that the edible had affected [redacted] and that she was "high and inebriated" but is unable to discern her level of inebriation. [redacted] stated that he could tell [redacted] was high because she seemed more relaxed than usual.

[redacted] stated that at one point during the night [redacted] asked him to kiss her. [redacted] stated that he does not know why [redacted] made the request. [redacted] stated that he said "sure, why not," and gave [redacted] a peck on her lips. [redacted] stated that [redacted] was forceful during the kiss and tried to put her tongue in [redacted] mouth. [redacted] stated that he was confused because he thought it was going to be an innocent kiss. [redacted] stated that after he pulled away [redacted] jokingly told him "you are a bad kisser" and asked "do you want to kiss me again." [redacted] stated that he declined and did not kiss [redacted] again. [redacted] stated that he did not place his hands on [redacted] breasts while he and [redacted] kissed. [redacted] stated that [redacted] was in the vicinity when he and [redacted] kissed but was not in the living room area. [redacted] stated that he did not start screaming after he and [redacted] kissed.

[redacted] stated that sometime during the evening [redacted] gave [redacted] a shoulder massage. [redacted] stated that he does not recall the specifics of who asked who for the massage. [redacted] stated that he remembers [redacted] was sitting on the couch with [redacted] laying against [redacted] during the massage. [redacted] stated that [redacted] was fully clothed when [redacted] gave her the massage. [redacted] stated that he witnessed [redacted] massage [redacted] neck and shoulders. [redacted] stated that [redacted] was high during the massage and [redacted] was not drunk but was not sober. [redacted] stated that during the time he, [redacted] and [redacted] were sitting in the living room, no one ever spoke about consent, nor was [redacted] asked whether or not she consented to anything that [redacted] was doing. [redacted] stated that [redacted] was not forced or coerced to say that she consented to anything that [redacted] was doing. [redacted] stated that during the time he and [redacted] were at [redacted] apartment he did not see [redacted] fall to the ground nor did it seem like [redacted] had any other mobility issues as result of the edible.

[redacted] stated that he sent Snapchats to [redacted] while at [redacted] apartment (**Exhibit C**). [redacted] stated that he often sent Snapchats to [redacted] when he was drunk. [redacted] stated that he and [redacted] began to FaceTime video chat and both [redacted] and [redacted] said hello to [redacted] [redacted] stated that he left the room and went to the guestroom so he could talk to [redacted] privately about an upcoming trip they were planning. [redacted] stated that as he was talking to [redacted] he began to feel sick, ended the FaceTime video chat, went to the bathroom and vomited (**Exhibit D**). [redacted] stated that he felt like he was in the bathroom for a long time. [redacted] stated that neither [redacted] nor [redacted] came to the bathroom while he was vomiting.

[redacted] stated that when he left the bathroom and went back to the living room, both [redacted] and [redacted] were standing up. [redacted] stated that [redacted] told him that she was ready to go. [redacted] stated that [redacted] called an Uber for both of them and they went downstairs. [redacted] stated that [redacted] did not seem to have any trouble walking downstairs from [redacted] apartment. [redacted] stated that he still was not feeling well and vomited in the Uber. [redacted] stated that when he and [redacted] got back to their residence hall, they both went to their respective rooms. [redacted] recalled the next day he felt hungover and ate brunch with [redacted] [redacted] stated that he texted [redacted] to see if she was available to join them. [redacted] stated that [redacted] responded that she was tired and was still feeling the effects of the edible, so she did not join.

[redacted] stated that he spoke to [redacted] a few days later. [redacted] stated that [redacted] told him that "what happened on Friday was not okay." [redacted] stated that he was confused and asked [redacted] what she was talking about. [redacted] stated that [redacted] told him "[redacted] assaulted [redacted] on Friday night." [redacted] stated that he told [redacted] he did not know what she was talking because he did not see anything happen between [redacted] and [redacted] [redacted] stated that he told [redacted] that there was a portion of the night when he went to another room and [redacted] and [redacted] were alone in the living room.

[redacted] stated that he called [redacted] and asked him what happened between [redacted] and [redacted] [redacted] stated that [redacted] told [redacted] that [redacted] and [redacted] were "chilling on the couch" and [redacted] "was laying on him." [redacted] recalled [redacted] said [redacted] asked [redacted] if he could kiss her and [redacted] said yes. [redacted] stated that [redacted] said [redacted] asked [redacted] that if he could touch her and [redacted] said yes. [redacted] asked [redacted] how and where he touched [redacted] and [redacted] said that "he fingered her." [redacted] stated that [redacted] said [redacted] asked [redacted] for permission before touching her anywhere. [redacted] stated that [redacted] said when [redacted] asked him to stop touching her, he listened and stopped. [redacted] stated he did not know what was happening between [redacted] and [redacted] when [redacted] asked [redacted] to stop. [redacted] said he was shocked after he spoke to [redacted] and learned what happened when he left the living room to speak to [redacted] [redacted] stated he felt comfortable drinking alcohol and becoming drunk because he trusted [redacted] and did not think anything would happen between [redacted] and [redacted] [redacted] stated that he realized that while [redacted] said [redacted] had said yes to his actions it was still a "gray area because everyone was inebriated" (**Exhibits E & F**).

[redacted] said he spoke to [redacted] on two occasions after speaking with [redacted] [redacted] stated that [redacted] told him that she was really upset with him because he left her in the room with [redacted] [redacted] stated that during their conversation [redacted] kept telling him "I am mad at you." [redacted] stated he told [redacted] that he did not know that anything happened between her and [redacted] until he learned about it from others. [redacted] stated that during their second and last conversation [redacted] told him that while she knew he didn't technically do anything wrong, she was still really upset with him because [redacted] left her alone in the room with [redacted] [redacted] stated that he was confused by [redacted] reaction because she seemed more upset with him then she did with [redacted] [redacted] stated that after the spring 2016 semester ended he and [redacted] did not speak or have contact with one another.

On April 3, 2019, [redacted] met with Quasem for follow-up questions. [redacted] stated that prior to April 22, 2016, he had used marijuana on 3 to 4 occasions, and on one of those occasions he consumed an edible. [redacted] stated that he primarily purchased marijuana from [redacted] on campus. [redacted] stated that he does know whether [redacted] made the edible or whether she purchased it from someone else. [redacted] stated that he does not recall how many edibles he purchased from [redacted] [redacted] stated that the edible was small to medium sized. [redacted] stated that the edible looked like a regular sized brownie. [redacted] stated that besides marijuana, he does know whether any other substances were in the edible. [redacted] stated that he did not have much prior knowledge on the differences between smoking marijuana and consuming an edible.

Witness: [redacted]

On January 25, 2019, [redacted] spoke with Quasem for a witness interview. [redacted] stated that she and [redacted] have known each other since middle school and became good friends during high school. [redacted] stated that she does not personally know [redacted]

[redacted] stated that in April 2016 [redacted] texted her and wrote that "something had happened to her" and that [redacted] would reach out in a couple days (**Exhibit G**). [redacted] stated that a few days later [redacted] called and texted her and told her what she experienced with [redacted] and [redacted] (**Exhibit H**). [redacted] stated that [redacted] told her [redacted] and [redacted] went to [redacted] place where [redacted] consumed an edible and became high. [redacted] stated that while she was high, [redacted] violated her. [redacted] stated that [redacted] said [redacted] penetrated [redacted] vagina. [redacted] stated that she is not aware how [redacted] penetrated [redacted] vagina.

[redacted] stated that [redacted] said she was upset because with [redacted] because he went with her to [redacted] place and may have left her alone with [redacted] at some point. [redacted] stated that [redacted] said she felt that she had no one to help her and she tried to tell [redacted] to stop but was unable to due to the fact that she was high. [redacted] stated that [redacted] told her that [redacted] "was so high that her brain was not able to process what was happening to her."

[redacted] stated that [redacted] told her roommate about her experience with [redacted] and [redacted] stated that [redacted] roommate spoke to [redacted] on [redacted] behalf. [redacted] stated that she is not sure if [redacted] roommate spoke to [redacted]

Witness: [redacted]

On January 28, 2019 [redacted] spoke with Quasem, via phone, for a witness interview. [redacted] stated that he is friends with [redacted] from home and that met [redacted] on one or two occasions when he visited [redacted] at AU.

[redacted] stated that he remembers one evening when he was speaking to [redacted] via FaceTime while [redacted] and [redacted] were with [redacted] stated that he received a few Snapchats and photos from [redacted] while [redacted] was with [redacted] and [redacted] (**Exhibit C**). [redacted] stated that [redacted] often sent him Snapchats when he was drunk. [redacted] stated that after [redacted] sent a few Snapchat photos, [redacted] called him via FaceTime video and told him that [redacted] and [redacted] had come to [redacted] place to try edibles. [redacted] stated that he is not sure whether [redacted] tried the edibles, but he could tell that [redacted] was drunk. [redacted] stated that he and [redacted] spoke for about 10 minutes. [redacted] stated that while he and [redacted] were chatting, [redacted] told him that [redacted] and [redacted] were in another room. [redacted] stated that he did not speak to or see [redacted] or [redacted] via FaceTime that night. [redacted] stated that [redacted] may have said "hi" on his behalf to both [redacted] and [redacted] but he was not sure. [redacted] stated that he does not recall what he and [redacted] spoke about that night.

[redacted] stated that a few days later he learned from [redacted] that [redacted] was upset with [redacted] for leaving her in the room alone with [redacted] the night they had gone to [redacted] apartment to try edibles (**Exhibit I**). [redacted] stated that [redacted] learned from [redacted] that [redacted] "may have touched her." [redacted] stated that he does not recall whether [redacted] told him where [redacted] may have touched [redacted] stated that [redacted] told him that he contacted [redacted] after talking to [redacted] and learned that [redacted] and [redacted] had kissed each other and "hooked up." [redacted] stated that [redacted] told him that he does not know exactly what happened, because he was in the bathroom throwing up when the physical contact between [redacted] and [redacted] occurred.

Witness: [redacted]

On February 4, 2019, [redacted] spoke with Quasem, via phone, for a witness interview. [redacted] stated that she and [redacted] met in class during the spring 2016 semester at AU. [redacted] stated that she and [redacted] are good friends. [redacted] stated that she does not personally know [redacted] or [redacted]

[redacted] stated that late in the spring 2016 semester, [redacted] told her about a bad experience she had with [redacted] and [redacted] [redacted] stated that [redacted] said that [redacted] took her to [redacted] place to take edibles. [redacted] stated that [redacted] said she had never taken edibles before, so after eating half of the edible she almost passed out. [redacted] stated that [redacted] described feeling as if she was floating in and out of consciousness after she had consumed the edible. [redacted] stated that [redacted] told her that [redacted] and [redacted] both "groped" her crotch area. [redacted] stated that she does not have any more details regarding [redacted] experience with [redacted] and [redacted]

[redacted] stated that during the fall 2016 semester she witnessed [redacted] having a panic attack after [redacted] saw [redacted] on campus.

Witness: [redacted]

On February 8, 2019, [redacted] met with Quasem for a witness interview. [redacted] stated that she and [redacted] were roommates during their freshman year at AU. [redacted] stated that she and [redacted] were good friends during her freshman year at AU.

[redacted] stated that during the spring 2016 semester [redacted] came back for the semester with a lot of anxiety. [redacted] stated that she recalled [redacted] would experience "bad panic attacks" and that she and [redacted] would work on breathing exercises together to help calm [redacted] [redacted] stated that toward the end of the semester [redacted] was doing better.

[redacted] stated that toward the end of the semester [redacted] told her that she was going to get high with [redacted] [redacted] said she told [redacted] that she did not think it was good idea for [redacted] to get high and that she was concerned marijuana would make [redacted] feel paranoid, which may cause her to have a bad panic attack. [redacted] stated that [redacted] said she had been talking about getting high with [redacted] for a while and she would be okay since [redacted] would be with her while she took the marijuana. [redacted] stated that [redacted] told her that she and [redacted] had decided to go to [redacted] apartment to get high. [redacted] stated that she told [redacted] that she would mostly like be asleep when [redacted] returned and not to wake her up when [redacted] returned to their room.

[redacted] stated that [redacted] returned from [redacted] apartment around 2 – 3 a.m. [redacted] stated that she was asleep and woke up when [redacted] entered the room, turned on the lights, and started crying. [redacted] stated that [redacted] was very upset and not able to communicate because she was high and crying. [redacted] stated that she told [redacted] to lay down in an effort to calm her down. [redacted] recalled that when [redacted] calmed down, [redacted] said "he kissed me, he kissed me." [redacted] stated that she asked [redacted] "who, [redacted] and [redacted] responded "both of them". [redacted] stated [redacted] was not very clear, so [redacted] was not sure what [redacted] was talking about. [redacted] stated that [redacted] soon fell asleep.

[redacted] stated that [redacted] slept until the afternoon that day. [redacted] stated that when [redacted] woke up she told [redacted] that she still felt weird and high. [redacted] stated that [redacted] told her that both [redacted] and [redacted] kissed her. [redacted] stated that [redacted] did not share any other details with her that day.

[redacted] stated that on Sunday, April 24th [redacted] was feeling physically better, so [redacted] asked [redacted] what happened at [redacted] apartment. [redacted] stated that [redacted] told her [redacted] went to [redacted] apartment with the idea that she and [redacted] were going to get high. [redacted] stated that [redacted] told her that when they got there [redacted] gave [redacted] half an edible and [redacted] and [redacted] drank alcohol. [redacted] stated that [redacted]

told [redacted] that [redacted] was not feeling the effects of the edible so [redacted] told [redacted] "just take the other half," which [redacted] did. [redacted] stated that [redacted] reported that once she took the rest of the edible she began to feel its effects. [redacted] stated that [redacted] said she laid down on a couch in [redacted] living room because she was not feeling well. [redacted] stated that [redacted] said she felt like she was having "an out of body feeling." [redacted] stated that [redacted] told her [redacted] sat on the couch with [redacted] during the majority of the night.

[redacted] stated that [redacted] a friend of [redacted], called [redacted] via FaceTime while [redacted] and [redacted] were at [redacted] place. [redacted] stated that [redacted] told [redacted] that [redacted] heard [redacted] ask "what's going on there" because [redacted] may have noticed that [redacted] was not looking well. [redacted] stated that [redacted] told her that [redacted] left the living room area to go speak with [redacted] [redacted] stated that [redacted] said that while [redacted] was speaking with [redacted] [redacted] began kissing [redacted] [redacted] stated that [redacted] reported that when [redacted] returned to the living room area he kissed [redacted] while she was laying on the couch. [redacted] stated that [redacted] said [redacted] witnessed [redacted] kissing her. [redacted] stated that [redacted] may have seen [redacted] kiss [redacted] but is not sure.

[redacted] recalled learning that after [redacted] kissed [redacted] he felt sick and went to the bathroom to throw up. [redacted] stated that when [redacted] left the room [redacted] progressed contact things between himself and [redacted] stated that [redacted] reported laying on the couch with her head on [redacted] lap, and that [redacted] was touching [redacted] hair and massaging her shoulders. [redacted] stated that [redacted] said [redacted] continued to ask her "is this okay?" but [redacted] was unable to respond due to the edible she consumed. [redacted] stated that [redacted] explained that she was "unresponsive" and felt "mentally not there." [redacted] stated that [redacted] reported that [redacted] touched her breasts, under her shirt, and "fingered" her vagina. [redacted] stated that while she is not sure whether or not [redacted] removed [redacted] pants [redacted] clearly told [redacted] that [redacted] penetrated [redacted] vagina.

[redacted] said she learned from [redacted] that [redacted] got up to check on [redacted] who was still in the bathroom. [redacted] stated that [redacted] told her that when [redacted] left the living room [redacted] quickly got up because she wanted to leave. [redacted] stated that [redacted] told her that as soon as [redacted] returned to the living room, [redacted] called an Uber for them so they could go back to campus. [redacted] stated that [redacted] told her that [redacted] threw up in the Uber during their ride back to campus.

[redacted] stated that as [redacted] was telling [redacted] what she experienced, [redacted] became very upset and began to cry. [redacted] recalled that she went to the restroom because she knew that the bathroom stalls had information about resources available to students who experienced sexual assault and gave the information to [redacted] stated that she also encouraged [redacted] to talk to their RA about her experience and [redacted] agreed to. [redacted] stated that when [redacted] spoke with their RA she did not name [redacted] or [redacted] in her report.

[redacted] stated that [redacted] and [redacted] knew that something was wrong because [redacted] was not responding to [redacted] text messages. [redacted] stated that both [redacted] and [redacted] reached out to her to ask about [redacted] stated that [redacted] then asked [redacted] to speak to them on [redacted] behalf. [redacted] stated that she spoke with [redacted] and [redacted] separately.

[redacted] stated that when she met with [redacted] he was very upset. [redacted] stated that [redacted] knew that "something wrong had happened and that he messed up." [redacted] said it became clear to her that [redacted] realized that he had "sexually abused" [redacted] [redacted] stated that she told [redacted] that sitting and talking with him was upsetting for her because of what he did to [redacted] [redacted] stated that [redacted] told her that he was torn up about what he did. [redacted] stated that [redacted] did not share specific details of what he did with [redacted] or how he "sexually abused" [redacted]

[redacted] stated that [redacted] stated that he was struggling with the fact that he drank alcohol, which was against his religion, and that his drinking had caused him to behave a certain way. [redacted] stated that [redacted] cried during their talk and apologized for hurting [redacted] [redacted] stated that [redacted] told her that

"whatever [redacted] needs to do to feel better is fine with me." [redacted] stated that after her conversation with [redacted] they never spoke again because she was so upset about what he did to [redacted] that she no longer wanted to be friends with him.

[redacted] recalled that she spoke with [redacted] in his room. [redacted] stated that prior to her conversation with [redacted] [redacted] had briefly spoken to [redacted] about what had occurred in [redacted] apartment. [redacted] stated [redacted] was very angry during their conversation. [redacted] stated that even before she told [redacted] what [redacted] had shared with her, [redacted] told [redacted] that [redacted] was "lying." [redacted] stated that [redacted] was pacing around his room, and continuously said that [redacted] was "making things up", "wasn't that high", and that he was a "good guy" that people liked. [redacted] stated that [redacted] told her that he did not want to speak to her and wanted to speak to [redacted] so that he could tell her that she was lying. [redacted] stated that she told [redacted] that he could not come near her and [redacted] room. [redacted] said that after her conversation with [redacted] they did not speak to one another again.

[redacted] stated that the rest of the semester was really difficult for [redacted] [redacted] stated that when [redacted] returned to campus for the fall 2016 semester she continued to struggle and would have panic attacks when she saw [redacted] or [redacted] on campus.

**V. FACTS IN COMMON**

- [redacted] and [redacted] went to [redacted] apartment on April 22, 2016.
  - [redacted] ate a marijuana edible at [redacted] apartment.
  - [redacted] and [redacted] both drank alcohol at [redacted] apartment.
- [redacted] gave [redacted] a massage on her neck and shoulder area on April 22, 2016.
  - Some sexual contact occurred between [redacted] and [redacted]
- [redacted] video chatted, via FaceTime, with [redacted] at [redacted] apartment on April 22, 2016.
  - [redacted] left the living room area of [redacted] apartment to speak to [redacted]
- [redacted] vomited in the bathroom in [redacted] apartment on April 22, 2016.
- [redacted] and [redacted] took an Uber back to AU's campus in the early morning hours of April 23, 2016.
- A few days after April 22, 2016, [redacted] and [redacted] spoke about [redacted] experience with [redacted]

**VI. COMMENTS TO THE DRAFT REPORT**

The comments submitted by the complainant and respondent have been included as **Exhibit K** (Complainant) and **Exhibit L** (Respondent).

**VII. ANALYSIS**

To determine whether an individual has violated American University's Student Conduct Code and the University's Discrimination and Sexual Harassment Policy, the standard of proof required is a preponderance of the evidence, which is a measure of proof that a reasonable person would accept as "more likely than not" that a fact is true or that an incident occurred.

The Code states that **Rape** is "any act of sexual intercourse or sexual penetration of any orifice of the body with a body part or other object that takes place against a person's will or without consent, or that is accompanied by coercion or the threat of bodily harm." The Code states that **Sexual Assault** is "any intentional sexual touching with any object(s) or body part(s) that is against a person's will or without consent or that is perpetrated through coercion or threat of bodily harm." The Code states that **Sexual Exploitation** is "taking sexual advantage of another, for one's own advantage or benefit, or to benefit or advantage anyone other than the one being exploited. Examples include, but are not limited to: recording, photographing, or transmitting sexual photos, sounds, images, or other information; voyeurism; indecent exposure; prostituting

or soliciting another person; inducing incapacitation to commit acts of sexual misconduct; knowingly exposing another person to sexually transmitted infections (STI) or human immunodeficiency virus (HIV)."

The Code defines **consent** as "words or conduct indicating a freely given agreement to have sexual intercourse or to participate in sexual activities. Sexual contact will be considered 'without consent' if no clear consent, verbal, or nonverbal is given; if inflicted through force, threat of force, or coercion; or if inflicted upon a person who is unconscious or who otherwise reasonably appears to be without the mental or physical capacity to consent."

[redacted] stated that on April 22, 2016, [redacted] took sexual advantage of her while she was under the influence of marijuana. [redacted] stated that on April 22nd, [redacted] kissed her, touched her breasts, buttock, crotch area, and digitally penetrated her vagina without her consent. [redacted] stated that on April 22, 2016, [redacted] was not affected by the marijuana she consumed and that he kissed and sexually touched her with her consent. [redacted] stated that he did not digitally penetrate [redacted] vagina.

[redacted] stated that on April 22, 2016, she consumed half of a marijuana edible, and that later on in the evening [redacted] placed the remaining portion of the edible in her mouth and told her to eat it. [redacted] stated that he did not force [redacted] to eat the brownie, nor did he physically put the brownie in [redacted] mouth. Neither the parties nor the witnesses provided information that indicated that [redacted] forced, induced, or asked [redacted] to consume the marijuana on April 22nd. Further, there was no information presented that [redacted] was involved in an arrangement to exploit [redacted] by inducing incapacitation to facilitate sexual misconduct.

[redacted] reported that due to the marijuana edible she consumed on April 22nd, she became disoriented and was unable to effectively communicate and provide consent to the sexual activity that occurred in [redacted] apartment. [redacted] and [redacted] who were with [redacted] at [redacted] apartment on April 22nd, confirmed that [redacted] consumed a marijuana edible. None of the parties were aware of the potency of the marijuana in the brownie, how the brownie was made, or what the dosage was related to consuming the brownie.[1] [redacted] stated that after [redacted] consumed the edible she was "high and inebriated." [redacted] stated that [redacted] consumption of the edible did not seem to affect her and that she did not appear to be high. [redacted] stated that when [redacted] returned to their room around 2 – 3 a.m. on April 23, 2016, [redacted] was unable to effectively communicate because she was "high and crying." [redacted] stated that on April 28, 2016, [redacted] told her via text and over the phone that she "got so high that I [redacted] passed out" (**Exhibit H**). [redacted] stated that in the late spring 2016 semester [redacted] told her that she consumed an edible at [redacted] apartment and almost passed out and felt as if she was floating in and out of consciousness. This information taken collectively provides a preponderance of the evidence that [redacted] was and reasonably appeared to be impaired after consuming the edible on April 22nd. Additionally, [redacted] claim that [redacted] behavior was not affected, even in the slightest, by her marijuana consumption decreases the credibility of his account of what occurred on April 22nd.

Prior to April 22, 2016, [redacted] and [redacted] had met a few times, through [redacted] the two were not friends independent of [redacted] and did not have an intimate or sexual relationship of any manner. [redacted] and [redacted] both agree that sexual contact occurred on April 22, 2016. However, the type of sexual contact and whether consent was present is disputed. [redacted] stated that [redacted] kissed her mouth, touched her breasts, buttock, crotch area, and digitally penetrated her vagina while she was impaired by the edible, and thus unable to provide consent. [redacted] stated that [redacted] initiated sexual contact with him when she placed her head on his lap, kissed him, moved his head towards her chest area, and then moved his head towards the lower part of her body. [redacted] stated that once his head was above [redacted] crotch area, he asked "is this what you

[1] "Whereas, edibles, which take longer to digest, take longer to produce an effect. Therefore, people may consume more to feel the effects faster. This may lead to people consuming very high doses and result in negative effects like anxiety, paranoia and, in rare cases, an extreme psychotic reaction (e.g. delusions, hallucinations, talking incoherently, and agitation)." https://www.cdc.gov/marijuana/faqs/edibles.html

want me to do" and [redacted] responded yes. [redacted] stated that since [redacted] had moved his head near her "vagina area" he assumed [redacted] wanted him "to go down on her." [redacted] stated that he was unable to perform oral sex on [redacted] since her pants were in the way. [redacted] stated that he did not lower or remove [redacted] pants and digitally penetrate her vagina. [redacted] stated that she did not move or place [redacted] head near her breasts or crotch area. [redacted] stated that she has no memory of whether or not [redacted] placed his mouth on or near her crotch area.

[redacted] stated that on April 24, 2016, [redacted] told her that [redacted] kissed her, touched her breasts under her shirt, and "fingered" her vagina, without her consent. [redacted] stated that he only witnessed [redacted] massaging [redacted] neck and shoulders. [redacted] stated that after speaking to [redacted] he learned that sexual contact may have occurred between [redacted] and [redacted] so he called [redacted] and asked what happened between him and [redacted] [redacted] stated that [redacted] said that he asked [redacted] if he could touch her and [redacted] said yes so he kissed [redacted] and "fingered her." [redacted] stated that [redacted] said that when [redacted] asked him to stop touching her, [redacted] listened and stopped. It is important to note that [redacted] understanding of what occurred between [redacted] and [redacted] was learned from [redacted] and not from [redacted] or [redacted] Additionally, [redacted] told [redacted] that he stopped touching [redacted] when [redacted] asked him to, which is consistent with [redacted] statement. [redacted] stated that in late April 2016, [redacted] contacted her via text and phone and told [redacted] that when [redacted] had gone to [redacted] apartment to try an edible, [redacted] penetrated her vagina. [redacted] stated that she is not aware of how [redacted] penetrated [redacted] vagina. [redacted] stated that [redacted] said that [redacted] and [redacted] both "groped" her crotch area. While [redacted] [redacted] [redacted] and [redacted] statements support [redacted] statement that [redacted] sexually touched her vulva, the information presented does not provide further details regarding digital penetration. Here, the term "fingered" could be referring to penetration or sexual touching of [redacted] vulva. Since [redacted] [redacted] and [redacted] were unable to provide further details, there is insufficient information to determine whether [redacted] digitally penetrated [redacted] vagina.

[redacted] provided information that indicated that [redacted] kissed [redacted] and touched [redacted] breasts without consent. [redacted] provided information, which he learned from [redacted] that indicated that [redacted] and [redacted] kissed on April 22nd. Beyond sexual touching of [redacted] vulva, [redacted] and [redacted] did not provide information regarding the other forms of sexual contact being investigated.

[redacted] explained that he believed that [redacted] had the capacity to consent to sexual activity on April 22, 2016 because [redacted] did not seem like she was "high" and because [redacted] "moved his head" towards her chest and then toward her crotch area which prompted him to ask "is this what you want me to do," and he states she responded "yes." [redacted] stated that since [redacted] had moved his head near her chest, he touched her breasts and when [redacted] allegedly moved his head near her vagina he assumed [redacted] wanted him "to go down on her." Based on [redacted] account of what occurred, he never asked [redacted] if he could touch her breasts or perform oral sex on her, nor did [redacted] ever vocalize that she wanted [redacted] to touch her breasts or perform oral sex on her, nor did she make any attempts to remove her pants so that [redacted] could perform oral sex on her. It is unreasonable to conclude that the alleged moving of [redacted] head, which only he asserts, was an indication of [redacted] consent to sexual touching. It is unreasonable to conclude that when [redacted] said "is this what you want me to do," that he either was referring to oral sex or that [redacted] knew he was referring to oral sex. It is unreasonable under the circumstances to believe [redacted] alleged response to [redacted] alleged question was permission or an invitation to engage in oral sex. [redacted] and [redacted] did not know each other well, had no previous sexual contact, and were in an open space where [redacted] could return to at any moment. Consent requires "words or conduct indicating a freely given agreement to have sexual intercourse or to participate in sexual activities." The information [redacted] presented does not indicate that [redacted] words or conduct were a "freely given agreement" to engage in oral sex. [redacted] has no recall of the event as described by [redacted] nor did any witness present information the corroborated [redacted] statement of what occurred on April 22nd. Further, [redacted] was impaired by the use of marijuana, while none of the parties knew the quantity or strength of the marijuana [redacted] consumed, all parties agree that she consumed marijuana that evening. [redacted] description of [redacted] movement of his head is not corroborated by either [redacted] or

any witness, and is not a clear indication of consent – given [redacted] impairment, her pushing against his head could have multiple meanings and [redacted] does not describe trying to gain any clarity when he touched [redacted] breasts and only asking "is this what you want me to do", not clarifying what "this" is before touching vulva.

In text conversations with [redacted] [redacted] stated that [redacted] "gave her full consent every time i asked, and I asked more than once – Multiple times actually" (**Exhibit F**). [redacted] stated that [redacted] said that he asked for consent to kiss and digitally penetrate [redacted] vagina. [redacted] texts with [redacted] contradict his statements during the investigation, which only indicate that he asked [redacted] for consent when she moved his head towards her crotch area. [redacted] inconsistent statements, regarding asking [redacted] for consent, negatively impacts his credibility.

[redacted] actions after her sexual encounter with [redacted] were also examined. Once [redacted] returned to her room she spoke with [redacted] and attempted to articulate her experience at [redacted] apartment but was unable to due to her level of impairment. On April 24th [redacted] was able to speak to [redacted] about her experience at [redacted] place. On April 24th [redacted] also spoke with the RA and Community Director on her floor and disclosed what she experienced, without naming [redacted] and [redacted] A few days later [redacted] met with an advocate from OASIS and went to the University's Health Center for a physical exam based on what she was feeling after her experience at [redacted] apartment. On April 28th, [redacted] contacted [redacted] via phone and text and disclosed her experience at [redacted] apartment. [redacted] actions, after she left [redacted] apartment and returned to her room, indicate that she was in distress. [redacted] repeated, and consistent disclosures to others, including AU staff members, about her experience with [redacted] increase her credibility. Additionally, [redacted] communication with [redacted] via text on April 23, 2016 does not indicate whether or not consent for sexual contact was present on April 22nd (**Exhibit J**). While [redacted] may have responded to [redacted] messages on April 23rd, by April 27th she was no longer responding to his text messages, as evidenced by a text message conversation between [redacted] and [redacted] (**Exhibit F**).

The preponderance of the evidence standard requires a measure of proof that a reasonable person would accept as "more likely than not" that a fact is true or that an incident occurred. The investigation reviewed the totality of the circumstances surrounding the conduct on April 22, 2016 and evaluated the evidence provided during the investigation and credibility in determining the finding. Here, the evidence presented shows that [redacted] consumed the marijuana edible of her own volition, and that [redacted] did not force, induce or ask [redacted] to consume the marijuana in order to commit acts of sexual misconduct, and as a result is not responsible for sexual exploitation. The evidence presented indicates that: while on April 22, 2016 [redacted] did kiss [redacted] there is insufficient information to determine that the kiss happened without consent and whether [redacted] sexually touched [redacted] buttock with [redacted] consent. [redacted] statement that he attempted to perform oral sex on [redacted] but was unable to continue since [redacted] was wearing pants, is not consistent with the information he provided to [redacted] nor is it consistent with any of the information provided by the witnesses. [redacted] text messages with [redacted] (**Exhibit F**), which negatively impacted [redacted] credibility, contradicts his statements during the investigation, which indicate that he only asked [redacted] for consent when she moved his head towards her crotch area. The information [redacted] presented during the investigation does not indicate that [redacted] consented to engage in oral sex.

Here, witness statements indicate that based on a preponderance of evidence [redacted] sexually touched [redacted] breasts and vulva, without [redacted] consent. Consent requires words or conduct indicating a freely given agreement to participate in sexual activities. Here, the information presented does not show freely given consent for this act. No information was presented that indicates that [redacted] asked [redacted] if he could touch her breasts or vulva. Additionally, no information was presented that indicates that [redacted] indicated verbally or non-verbally that [redacted] could touch her breasts or vulva. The information presented indicates that, along with [redacted] [redacted] and [redacted] statements, [redacted] told [redacted] that he "fingered" [redacted] with her consent and stopped when she asked him to. The term "fingered" could be referring to penetration or sexual touching. Since [redacted] [redacted] and [redacted] were unable to provide further details, there is insufficient

information to determine whether [redacted] digitally penetrated [redacted] vagina, and as a result [redacted] is found responsible for sexual assault for touching [redacted] breasts and vulva without her consent and is found not responsible for rape due to insufficient information regarding penetration. As a result, based on a preponderance of the evidence [redacted] violated the Code by sexually touching [redacted] breasts and vulva without her consent.

**VIII. CONCLUSION**

Based on the totality of the circumstances and the information obtained pursuant to this investigation, the evidence is insufficient to support a finding of responsibility for violating the University's Student Conduct Code, Prohibited Conduct E. Sexual Exploitation and G. Rape.

Based on the totality of the circumstances and the information obtained pursuant to this investigation, the preponderance of the evidence indicates that [redacted] violated the American University Student Code of Conduct by engaging in the prohibited conduct of D. Sexual Assault.