REDACTED

# EXHIBIT 3

AMERICAN UNIVERSITY
WASHINGTON, DC

TITLE IX OFFICE

TO: [redacted]

FROM: Fariha Quasem, Investigator, *fquasem@american.edu*

DATE: January 24, 2019

RE: NOTICE OF INVESTIGATION

**Summary**

The Title IX Office is beginning an investigation into a report that [redacted] may have violated the Student Conduct Code at American University. It is alleged that on April 22 – 23, 2016, between the hours of 10:00 p.m. – 1:30 a.m., at Respondent's off-campus residence, Respondent engaged in nonconsensual sexual activity with Complainant who was intoxicated. Specifically including digital penetration of Complainant's vagina, sexual touching of Complainant's body, and nonconsensual kissing.

**These behaviors if substantiated would violate:**

- D. Sexual Assault [Defined as any intentional sexual touching with any object(s) or body part(s)that is against a person's will or without consent or that is perpetrated through coercion or threat of bodily harm.]
- E. Sexual Exploitation [Defined as taking sexual advantage of another, for one's own advantage or benefit, or to benefit or advantage anyone other than the one being exploited. Examples include, but are not limited to: recording, photographing, or transmitting sexual photos, sounds, images or other information; voyeurism, indecent exposure, prostituting or soliciting another person; inducing incapacitation to commit acts of sexual misconduct; knowingly exposing another person to sexually transmitted infections (STI) or human immunodeficiency virus (HIV).]
- G. Rape [Defined as any act of sexual intercourse or sexual penetration of any orifice of the body with a body part or other object that takes place against a person's will or without consent, or that is accompanied by coercion or the threat of bodily harm. (Also see "consent" and "coerce.")]

See the Student Conduct Code for prohibited conduct definitions and investigation process information. *The Student Conduct Code states that students with pending conduct matters may not withdraw from the University, as such a hold is placed on their student account until the case is resolved.*

**Rights & Responsibilities**

- The respondent will be considered not responsible for the allegations until found responsible based on a **preponderance of the evidence**
- You have the right to challenge the assigned investigator due to **conflict of interest**. You must submit your challenge and rationale in writing to the director of Student Conduct and Conflict Resolution Services (conduct@american.edu) within two days of receiving this notice.
- It is your responsibility to schedule and attend an investigatory interview with the assigned investigator. **Failure to respond** to an investigator's requests for interview may result in an investigation moving forward without your participation.

- If you need an **accommodation** related to a disability in order to fully participate in this process, please notify the Title IX Program Officer as soon as possible, titleix@american.edu or 202-885-3310.
- You have the right to be accompanied by an **advisor** of your choosing for any meeting with the University related to this investigation and outcome. The role of the advisor is limited to consultation. Advisors may be present at all meetings, but may not act on your behalf or contact the other party to the investigation.

**Retaliation**

American University strictly prohibits retaliation against a member of the AU Community for filing a complaint of discrimination or assisting in the filing of a complaint, or participating in the resolution of a complaint. Allegations of retaliation will be investigated as possible violations of the Student Conduct Code and Policy on Discrimination and Sexual Harassment.