REDACTED

# EXHIBIT 4

AMERICAN UNIVERSITY
WASHINGTON, DC

STUDENT CONDUCT AND
CONFLICT RESOLUTION SERVICES

July 31, 2019

[redacted]@american.edu

Dear [redacted]:

This message is to confirm that the deadline for the below sanction has been adjusted to September 15, 2019:

**Reflection Paper**
Complete by: Sunday, September 15, 2019
You are required to write a reflection paper that responds to the following prompt:

1. Reflect and write about the decision-points throughout this incident and the choices you made that lead to this outcome. In this reflection, discuss how your actions resulted in you ultimately being found responsible for a sexual misconduct charge. Additionally, discuss what you could have done differently at each decision-point throughout the night of the incident. (For reference, a short video showing how decision-points throughout a situation can change the course of an incident: https://www.youtube.com/watch?v=iUj2OHLAG3w)
2. Discuss how this incident and the resulting investigation/finding has impacted how you think about consent. What behaviors have you or will you change in the future to avoid a situation like this from occurring again?
3. How will this incident and the resulting investigation/finding impact you moving forward in your educational career and/or your professional career? Discuss how you will explain this record to future colleges/employers if asked to disclose.
4. Reflect and write about how this investigation and disciplinary process has impacted your life and what you have learned from it. How will this impact change how you interact with others in the future?

This reflection paper should thoughtfully written and should be a minimum of five (5) pages. The completed paper should be e-mailed to conduct@american.edu in an attached MS Word document.

Sincerely,

**Bobby Howard**
Assistant Director of Student Conduct & Conflict Resolution Services
howard@american.edu