**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN DOE, Plaintiff, | ) | Civil Action No. 1:19-cv-03097-APM |
| v. | ) | |
| AMERICAN UNIVERSITY, Defendant. | ) | |

**[PROPOSED] ORDER ON DOE'S MOTION**
**FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of Plaintiff John Doe's Motion for Partial Summary Judgment, Defendant American University's Opposition thereto, any reply in support thereof, and for good cause shown, it is

**ORDERED** that John Doe's Motion for Partial Summary Judgment is hereby **DENIED**.

Date:

______________________________
The Honorable Amit P. Mehta
United States District Judge