UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:19-cv-03097-APM |
| v. | ) | |
| | ) | |
| AMERICAN UNIVERSITY, | ) | **Joint Motion to** |
| Defendant. | ) | **Hold Case in Abeyance** |
| | ) | |

**Joint Motion to Hold Case in Abeyance**

Plaintiff John Doe ("Doe") and Defendant American University ("AU") respectfully move the Court to hold this case in abeyance. The reasons for this joint motion are as follows.

1. On September 18, 2020, this Court issued a Memorandum Opinion and Order granting in part and denying in part AU's Motion to Dismiss, and denying Plaintiff's Motion for Partial Summary Judgment. ECF Doc. 30. The Court also ordered AU to answer the Complaint within the time allotted under Fed. R. Civ. P. 12(a)(4)(A). *Id*. at 42.

2. On September 25, 2020, this Court entered an order granting AU's consent motion to extend the Answer deadline to October 16, 2020. On October 15, 2020, this Court granted AU's consent motion to extend the Answer deadline to October 23, 2020.

3. Since then, the parties have been discussing the potential for resolution of this case without further litigation. They agree that, given those ongoing discussions, it is appropriate to place the case in abeyance to conserve the parties' and the court's resources.

4. The parties further agree that, should either party seek to lift the abeyance, that party will so move the Court, and the parties agree that they will not contest any such motion.

For these reasons, the parties respectfully request that the Court place the case in abeyance, to be lifted in the event either party files a motion to that end.

Dated: October 23, 2020                                        Respectfully submitted,

/s/ *Amanda Shafer Berman*
Laurel Pyke Malson (#317776)
Amanda Shafer Berman (#497860)

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel:  (202) 624-2576
LMalson@crowell.com
ABerman@crowell.com


*Counsel for Defendant*

/s/ *William E Zapf*
Matthew G. Kaiser (D.C. Bar No. 486272)
Scott Bernstein (D.C. Bar No. 1013922)
William E. Zapf (D.C. Bar No. 987213)

KAISERDILLON PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
(202) 640-2850
mkaiser@kaiserdillon.com
sbernstein@kaiserdillon.com
wzapf@kaiserdillon.com


*Counsel for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served today, October 23, 2020, on all counsel of record through the Court's CM-ECF system.

/s/ Amanda Shafer Berman
Amanda Shafer Berman

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:19-cv-03097-APM |
| v. ) | |
| ) | |
| AMERICAN UNIVERSITY, ) | [PROPOSED] ORDER |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER ON JOINT MOTION TO HOLD CASE IN ABEYANCE

This matter came before the Court on the parties' Joint Motion to Hold the Case in Abeyance. The Court, having reviewed the file, noting no opposition from opposing counsel, and being otherwise fully advised, it is hereby ORDERED that the Joint Motion is GRANTED. All deadlines in this case are hereby suspended pending a further order from this Court lifting the abeyance upon motion of either of the parties.

ORDERED in Washington, District of Columbia, this _____ day of _____ 2020.

_____
The Honorable Amit P. Mehta
United States District Judge