UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,           )<br>                     )<br>    Plaintiff,  )<br>v.                   )<br>                     )<br>AMERICAN UNIVERSITY, )<br>    Defendant.  )<br>                     ) | Civil Action No. 1:19-cv-03097-APM<br><br>**Joint Status Report and**<br>**Motion to Continue Stay** |

### Joint Status Report and Motion to Continue Stay

Plaintiff John Doe ("Doe") and Defendant American University ("AU") respectfully (1) submit this joint status report pursuant to the Court's October 23, 2020 Order staying the case for 60 days and requiring the parties to submit a status report at the end of that period, and (2) move the Court to continue the stay for an additional 30 days, up to and including January 21, 2021.

Since the entry of the Court's Order staying this case, the parties have continued to engage in discussions in an attempt to resolve this matter without further litigation, and they have made meaningful progress. The parties agree that, in light of the fact that their discussions remain ongoing, it is appropriate for the case to remain in abeyance to conserve the parties' and the Court's resources. The parties also continue to agree that, should either party seek to lift the stay, it will so move the Court, and the other party will not contest any such motion.

The parties therefore respectfully request that the Court continue the stay for an additional 30 days, up to and including January 21, 2021.

Dated: December 21, 2020                    Respectfully submitted,

                                            */s/ Amanda Shafer Berman*
                                            Laurel Pyke Malson (#317776)
                                            Amanda Shafer Berman (#497860)

                                            CROWELL & MORING LLP
                                            1001 Pennsylvania Ave., N.W.

Washington, D.C. 20004
Tel:  (202) 624-2576
LMalson@crowell.com
ABerman@crowell.com

*Counsel for Defendant*


/s/ William E. Zapf

Matthew G. Kaiser (D.C. Bar No. 486272)
Scott Bernstein (D.C. Bar No. 1013922)
William E. Zapf (D.C. Bar No. 987213)

KAISERDILLON PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
(202) 640-2850
mkaiser@kaiserdillon.com
sbernstein@kaiserdillon.com
wzapf@kaiserdillon.com


*Counsel for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Status Report and Motion to Continue Stay was served today, December 21, 2020, on all counsel of record through the Court's CM-ECF system.

                                                /s/ Amanda Shafer Berman
                                                Amanda Shafer Berman