IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JOHN DOE,

        Plaintiff,

v.

AMERICAN UNIVERSITY,

        Defendant.

19 Civ. 03097 (APM)

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Doe, with the consent of defendant American University, hereby gives notice that this matter is to be voluntarily dismissed with prejudice.

DATED: February 22, 2021

CROWELL & MORING LLP

/s/ Amanda Shafer Berman
_____
Laurel Pyke Malson (D.C. Bar No. 317776)
Amanda Shafer Berman (D.C. Bar No. 497860)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2576
LMalson@crowell.com
ABerman@crowell.com

*Attorneys for Defendant American University*

Respectfully submitted,

KAISERDILLON PLLC

/s/ William E. Zapf
_____
Matthew G. Kaiser (D.C. Bar No. 486272)
William E. Zapf (D.C. Bar No. 987213)
1099 14th Street, NW, 8th Floor West
Washington, DC 20005
(202) 640-2850
mkaiser@kaiserdillon.com
wzapf@kaiserdillon.com

*Attorneys for Plaintiff John Doe*